FULL NAME **ERIC JEROME PHILLIPS JR.**

COMMITTED NAME (if different) **BISMILLAAHI RAHEEM AKBAR'1**

FULL ADDRESS INCLUDING NAME OF INSTITUTION **1627 S. HARGRAVE ST.**

**BANNING, CA 92220/SCF**

PRISON NUMBER (if applicable) **20200 7926**

<table>
<tr><td></td><td>

**FILED**
CLERK, U.S. DISTRICT COURT

9/3/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

</td></tr>
</table>

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**ERIC JEROME PHILLIPS JR.**

                                    PLAINTIFF,

v.

**COUNTY OF RIVERSIDE, ET AL,** DEFENDANT(S).

CASE NUMBER   5:20-cv-01266-VAP-MAA

FAP   *To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many?   /2\

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

# PARTIES TO PREVIOUS LAWSUITS

2A. PLAINTIFF = ERIC JEROME PHILLIPS JR. ET AL

DEFENDANTS = COUNTY OF RIVERSIDE - ET. AL.

2B. COURT = CENTRAL DISTRICT OF CALIFORNIA

2C. CASE NUMBER = 5:20-CV-0868-VAP-MAA

2D. NAME OF JUDGE = VIRGINIA A. PHILLIPS

2E. DISPOSITION = VOLUNTARY DISMISSAL

2F. ISSUES RAISED = RELIGIOUS RIGHTS &
ACCESS TO THE COURTS

2G. APPROXIMATE DATE FILED = 6.04.20

2H. APPROXIMATE DATE OF DISPOSITION = 6.24.20

a. Parties to this previous lawsuit:
Plaintiff **ERIC JEROME PHILLIPS JR.**

Defendants **COUNTY OF RIVERSIDE - ET.AL.**

b. Court **CENTRAL DISTRICT OF CALIFORNIA**

c. Docket or case number **5:19-CV-01518-VAP-MAA**

d. Name of judge to whom case was assigned **VIRGINIA A. PHILLIPS**

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) **PENDING**

f. Issues raised: **1ST & 14TH AMENDMENT RIGHTS**

g. Approximate date of filing lawsuit: **8-14-19**

h. Approximate date of disposition **N/A**

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not **GRIEVANCES NOT ANSWERED & THREATS MADE AGAINST PLAINTIFF LIFE.**

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not **GRIEVANCES NOT ANSWERED**

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **ERIC JEROME PHILLIPS JR.**
(print plaintiff's name)

who presently resides at **SCF**
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**RIVERSIDE COUNTY JAIL/RIVERSIDE COUNTY.CA**
(institution/city where violation occurred)

on (date or dates) **7.13.16**   **7.13.16**   , **8.14.18**   .
(Claim I)          (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **COUNTY OF RIVERSIDE** resides or works at
   (full name of first defendant)
   **N/A**
   (full address of first defendant)
   **GOVERNING BODY**
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
**RESPONSIBLE FOR ALL ASSETS & FACILITIES IN JURISDICTION**

2. Defendant **RIVERSIDE COUNTY SHERIFF DEPT.** resides or works at
   (full name of first defendant)
   **N/A**
   (full address of first defendant)
   **RIVERSIDE COUNTY SHERIFF DEPT.**
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
**RESPONSIBLE FOR ALL ASSETS & FACILITIES IN DEPARTMENT.**

3. Defendant **EDWARD DELGADO** resides or works at
   (full name of first defendant)
   **N/A**
   (full address of first defendant)
   **CAPTAIN AT CBDC JAIL**
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
**RESPONSIBLE FOR ALL DETAINEES AT CBDC JAIL, & COMMANDING SUBORDINATES AT CBDC**

4.  Defendant  SGT. PASCHAL _____ resides or works at
    (full name of first defendant)

    N/A _____
    (full address of first defendant)

    CLASSIFICATION SGT. AT CBDC
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
RESPONSIBLE FOR CLASSIFICATION OF —
DETAINEES AT CBDC JAIL.

5.  Defendant  SGT. NARISO _____ resides or works at
    (full name of first defendant)

    N/A _____
    (full address of first defendant)

    TRANSPORTATION SGT. AT CBDC
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
RESPONSIBLE FOR THE TRANSPORTATION OF
DETAINEES—AT CBDC JAIL.

6) DEFENDANT: SGT. HILL

ADDRESS: N/A

POSITION: CLASSIFICATION SGT. AT RPDC

SUED IN HIS: INDIVIDUAL CAPACITY

HOW DEFENDANT WAS ACTING UNDER COLOR OF
LAW: RESPONSIBLE FOR CLASSIFICATION OF
      DETAINEES—AT RPDC JAIL.

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

CLAIM/1\ = 1ST AMENDMENT RIGHTS TO CONFID-
ENTIAL COMMUNICATIONS/FREEDOM
OF SPEECH

CLAIM/2\ = 14TH AMENDMENT SUBSTANTIVE DUE P-
ROCESS RIGHTS

CLAIM/3\ = 1ST AMENDMENT RIGHTS TO BE FREE
FROM RETALIATION

CLAIM/1&2\ WAS VIOLATED BY DEFENDANTS
RCSD & RIVERSIDE COUNTY
CLAIM/3\ WAS VIOLATED BY DEFENDANTS
EDWARD DELGADO & SGT. PASCHAL-NARISO-HILL

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) CLAIM/1\ — CONCERNS PLAINTIFF RIGHTS TO FR-
EEDOM OF SPEECH—TO COMMUNICATE CONFIDENT-
IALLY WITH CONFIDENTIAL PROTECTED INDIVIDUALS
2) DEFENDANTS RCSD & RIVERSIDE COUNTY—HAS
A CUSTOM IN PLACE—WHERE CONFIDENTIAL &
LEGAL MAIL OF DETAINEES IN CUSTODY IS
READ BY DEPUTIES—OUTSIDE THE PRESENCE
OF DETAINEES & IS AS FOLLOWS:
3) CLAIM/CUSTOM/1\ = READING LEGAL MAIL
1) DEPUTIES READ CONFIDENTIAL/LEGAL MAIL
OF A DETAINEE—OUTSIDE OF DETAINEE PRE-
SENCE—TO GAIN INFORMATION ON A DETAI-
NEE—THIS IS A PRACTICE.
2) DEPUTIES WILL READ CONFIDENTIAL MARKED—

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

PAGE 1/19

PAGE 2/19

# FACTS

MAIL—OUTSIDE OF A DETAINEE PRESENC-E—IF WORDS LEGAL MAIL—IS NOT ON EN-VELOPE—THIS IS A POLICY & PRACTICE.

3) THE RCSD—DOES NOT RESPECT DETAINEE-S CONFIDENTIAL COMMUNICATION RIGH-TS—THIS IS A PRACTICE.

4) DEPUTIES EMPLOYED WITH DEFENDANTS RCSD & RIVERSIDE COUNTY—ONGOINGLY—ENFORCED THIS CUSTOM ON PLAINTIFF—DURING HIS TIME IN·CUSTODY.

5) WHILE HOUSED AT CBDC & SCF JAILS—FROM APPROXIMATELY 11·10·17 TO 8·20·20—PLAINTIFF HAS HAD HIS LEGAL & CONF-IDENTIAL MAIL—FROM COURTS—GOVERN-MENT ENTITIES & INDIVIDUALS—OPENED UP & READ BY DEPUTIES—OUTSIDE OF HI-S PRESENCE—ON APPROXIMATELY 60 OCCASIONS

6) PLAINTIFF HAS SUBMITTED MULTIPLE GRIEVANCES & TALKED TO MULTIPLE DE-PUTIES ABOUT HIS LEGAL MAIL BEING READ BY DEPUTIES & CONFIDENTIAL COM-MUNICATION RIGHTS—BEING VIOLATED.

7) PLAINTIFF REQUESTED FOR DEPUTIES TO STOP READING HIS CONFIDENTIAL MARKED MAIL—OUTSIDE OF HIS PRE-SENCE & FOR MAIL TO BE OPENED UP IN FRONT OF HIM—THIS REQUEST WAS D-ENIED—ON MULTIPLE OCCASIONS.

PAGE 3/19

# FACTS

8) AT CBDC JAIL-FROM APPROXIMATELY 9·1·18 TO 1·1·19-MULTIPLE DEPUTIES- HAVE INFORMED PLAINTIFF-HIS LEGAL MAIL WILL BE READ OUTSIDE OF H- IS PRESENCE-WITH ONE SERGEANT- SGT.FRANSIN.

9) STATING TO PLAINTIFF: "IT DOESN'T MA- TTER IF IT SAYS CONFIDENTIAL MAIL ON IT OR COMES FROM A COURT-ATTORNE- Y OR LEGAL ENTITY-WE WILL READ IT TO GAIN INFORMATION ON YOU-SO THE D.A. CAN USE ON YOU. NOBODY GIVES A FUCK ABOUT FEDERAL LAW HERE IN THIS COUNTY."—WHEN PLAINTIFF REQUE- STED FOR JAIL STAFF TO STOP REA- DING HIS LEGAL MAIL.

10) DEFENDANTS RCSD & RIVERSIDE COU- NTY CUSTOM IN PLACE-DELIBERATELY INFRINGES UPON PLAINTIFF CONFI- DENTIAL RIGHTS-INHIBITS PLAINTI- FF ABILITY TO SPEAK-PROTEST & COM- PLAIN OPENLY & DIRECTLY-WHERE MANDAT- ED.

11) DEFENDANTS RCSD & RIVERSIDE COUNTY- SERVE NO REASONABLE LEGITIMATE G- OVERNMENTAL PURPOSE-WITH THIS CU- STOM IN PLACE & ENSURES A CHILLING EFFECT ON PLAINTIFF FREEDOM OF SPEECH

# FACTS

12) DEFENDANTS HAVE GAINED INFORMATION ON THE PLAINTIFF—THAT IS CONFIDENTIALLY PROTECTED—DETERRED PLAINTIFF FROM EXERCISING COMMUNICATIONS BY MAIL—WHICH IS A PROXIMATE CAUSE TO PLAINTIFF MENTAL ANGUISH SUBSTAINED IN·CUSTODY.

13) CLAIM /2\—CONCERNS PLAINTIFF RIGHTS TO BE FREE FROM PUNISHMENT AS A PRE·TRIAL DETAINEE. PLAINTIFF HAS BEEN A PRE·TRIAL DETAINEE SINCE 7·13·16 & IS CURRENTLY A PRE·TRIAL DETAINEE.

14) A CUSTOM OF DEFENDANTS RCSD & RIVERSIDE COUNTY—CONCERNING THERE ESTABLISHED "MAC/REP"—SYSTEM WILL BE PLEAD & HOW IT EFFECTED THE PLAINTIFF—CUSTOM THROUGHOUT ALL JAILS—IN GENERAL POPULATION HOUSING—IS AS FOLLOWS⊕ CUSTOM/CLAIM /2\ = MAC/REP SYSTEM

15) 1) DEPUTIES ASSIGN /6\ GANG MEMBERS— /2\ TO EACH OF THE /3\ RACES—BLACK/ WHITE/HISPANIC—TO ACT AS POLICE— JAIL ENFORCERS & OVERSEERS FOR ALL DETAINEES OF THERE RACE—KNOWN AS— "MAC/REPS"—THIS IS A PRACTICE & POLICY. 2) DEPUTIES GIVE THE "MAC/REPS"—POLICE POWER—TO ENFORCE PUNISHMENT & DISCIP-

# PAGE 5 FACTS

LINE ON ANY DETAINEE—WHO IS NOT COM-
PLYING WITH "MAC/REP" SYSTEM & RULES
OF A JAIL—IN ORDER TO MAKE A DE-
TAINEE COMPLIANT—THIS IS A PRACTICE.

3) DEPUTIES GIVE THE "MAC/REPS"—THE PO-
WER TO USE WHATEVER MEANS NECESSARY
TO CONTROL DETAINEES—INCLUDING FORCE—
THREATS—INTIMIDATION—EXTORTION—COE-
RCIVE TACTICS & COORDINATED TRANSFERS
OF DETAINEES—TO CONTROL DETAINEES—
THIS IS A PATTERN & PRACTICE.

4) DEPUTIES GIVE "MAC/REPS"—POWER TO
CONTROL WHEN DETAINEES—MAY SHOWER—
EAT—ACCESS A PHONE & LAW LIBRARY—
THIS IS A PRACTICE.

5) "MAC/REPS"—ARE HELD ACCOUNTABLE—
FOR DETAINEES WELL·BEING & SAFETY BY
DEPUTIES—THIS IS A PRACTICE & PATTERN.

6) DEPUTIES PUNISH & THREATEN TO PUNI-
SH ALL DETAINEES—FOR DISOBEYING A
ORDER OF THERE'S OR A "MAC/REP"—BY
PLACING DETAINEES ON LOCKDOWNS—CON-
DUCTING RANDOM SEARCHES ON DETA-
INEES—DENYING DETAINEES ACCESS TO
A PHONE—LAW LIBRARY & FILE UNWARRA-
NTED DISCIPLINARY REPORTS ON DETAI-
NEES & OTHER FORMS OF PUNISHMENT—
THIS IS A PRACTICE & PATTERN.

# PAGE 6/18    FACTS

17)

7) DEPUTIES SPREAD FALSE RUMORS AMONGST "MAC/REPS" & DETAINEES OF DIFFERENT RACES—TO START RACIAL HOSTILITY AMONGST DETAINEES—UNPROKE & UNWARRANTED ACTS OF VIOLENCE—IN ORDER TO CONTROL DETAINEES—THIS IS A PRACTICE & PATTERN.

8) DEPUTIES PROMOTE & ENCOURAGE RACIAL SEGREGATION & DISCRIMINATION—AMONGST DETAINEES OF /3\ RACES—THIS IS A PRACTICE.

9) DEPUTIES GIVE "MAC/REPS" WHO ARE MEMBERS OF THE MEXICAN MAFIA—SPECIAL POWER TO CONTROL ALL DETAINEES THROUGHOUT A JAIL & PURPOSELY HOUSE MEMBERS OF THE MEXICAN & HISPANIC DETAINEES—APPROXIMATELY /3\ TO /1\—WITH DETAINEES OF OTHER RACES—TO KEEP MEXICAN MAFIA IN CHARGE—PRACTICE.

18) PLAINTIF IS A BLACK DETAINEE—FORCED TO BE HOUSED WITH ANOTHER BLACK DETAINEE IN A CELL OR BUNK TOGETHER—DUE TO CUSTOM—THIS WAS FROM APPROXIMATELY 7·13·16 TO 1·15·19—AT SCF/CBDC/RPDC JAILS.

19) PLAINTIFF WOULD BE HOUSED WITH APPROXIMATELY /32\ TO /64\ DETAINEES IN A HOUSING UNIT—APPROXIMATELY /3\ TO /8\ BLACK DETAINEES— /20\ TO /40\ HISPANIC DETAINEES &

///

PAGE 7/19          FACTS

\4\ TO \6\ WHITE-DETAINEES-APPROXIMATELY.

20> DEPUTIES ASSIGN DETAINEES— WHO
ARE MEMBERS OF VARIOUS CRIMINAL
ORGANIZATIONS—SUCH AS THE "MEXI-
CAN MAFIA"—FOR HISPANICS—"EAST COA-
ST CRIPS/SEX-CASH-MURDER/HOOVER CRIM-
INALS"— FOR BLACKS—"ARYAN BROTHER-
HOOD/NAZI LOW RIDERS/PECKERWOODS"—
FOR WHITES—TO SERVE AS "MAC/REPS"—
FOR DETAINEES OF THERE RACE.—UNTIL
NO LONGER NEEDED.

21> UNDER THIS SYSTEM—PLAINTIFF WAS
FORCED OUT OF HIS CELL BY "MAC/R-
EPS"—OF HIS RACE ON A DAILY
BASIS—BY PHYSICAL INTIMIDATION &
THREATS MADE AGAINST PLAINTIFF—
LIFE—IN ORDER TO PARTAKE IN RACIAL
POLITICS.

22> THESE "MAC/REPS"—CONTROLLED WHEN
PLAINTIFF COULD SHOWER—SLEEP&EAT—
DEPRIVING PLAINTIFF OF SLEEP—WITH
THE USE OF DEATH THREATS—ON A—
DAILY BASIS.

23> THESE "MAC/REPS"—WOULD CONTROL—
WHEN PLAINTIFF MAY ACCESS A PHONE-
LAW LIBRARY & SEND OUT MAIL—WITH
THE USE OF PHYSICAL&VERBAL THRE-
ATS.

PAGE 8/19   FACTS

24) CAUSING PLAINTIFF TO BE DENIED — ACCESS TO A PHONE — UP TO APPROX. — (3) WEEKS AT TIMES.

25) THESE "MAC/REPS" — WOULD EXTORT PLAINTIFF — INTO GIVING UP INFORMATION ABOUT HIS LIFE & WOULD MAKE DEATH THREATS AGAINST PLAINTIFF FAMILY — IF HE DID NOT COMPLY WITH ANY OF THERE ORDERS — OR RULES OF RCSD.

26) ON (2) OCCASIONS — PLAINTIFF WAS FORCED BY "MAC/REPS" — TO PARTICIPATE IN WHAT IS KNOWN AS A "ROLL/OUT" BY DEFENDANTS & DETAINEES — BY USE OF DEATH THREATS — MADE AGAINST HIM.

27) DURING A "ROLL/OUT" — (2) TO (9) DETAINEES ARE CHOOSEN BY "MAC/REPS" — TO PUNISH A DETAINEE — BY ATTACKING THE DETAINEE — UNTIL SATISFIED — THEN HAVING THE DETAINEE MOVED TO ANOTHER JAIL OR HOUSING UNIT.

28) THIS IS CONDUCTED WITH THE ASSITANCE OF DEPUTIES — DETAINEES WHO CHOOSE NOT TO OBEY A ORDER OF "MAC/REPS" — OR PARTICIPATE IN A "ROLL/OUT" — WHEN SELECTED — WILL HAVE A "ROLL/OUT" — CONDUCTED ON THEM OR HIT PLACED ON THERE LIFE.

29) THESE "MAC/REPS" — WOULD START RAC-

PAGE 9/19 | FACTS

IAL RIOTS—INSTIGATE RACIAL VIO-
LENCE & HOSTILITY—THROUGHOUT P-
LAINTIFF HOUSING UNITS—FOR FUN.

30〉 THESE "MAC/REPS"—PREVENTED PLAIN-
TIFF FROM CONDUCTING HIS CRIMINAL
CASE DEFENSE—WHEN HE WAS PRO/PER
BY FORCING PLAINTIFF OUT OF CELL &
TO STOP WORKING ON DEFENSE BY USE
OF DEATH THREATS.

31〉 PLAINTIFF WOULD BE FORCED TO
HIDE WEAPONS/DRUGS/ALCOHOL—IN HIS
CELL BY—"MAC/REPS"—IF HE REFUSED
"MAC/REPS"—WOULD USE DEATH THREATS
TO MAKE HIM COMPLY.

32〉 THE "MAC/REPS"—THREATEN TO KILL
PLAINTIFF & PLACE A HIT ON HIS F-
AMILY—ON MULTIPLE OCCASIONS—IF
THEY DISCOVERED—HE TALKED TO ANY
DEPUTIES ABOUT WHAT GOES ON IN
HOUSING UNITS.

33〉 DEPUTIES WOULD PUNISH PLAINTIFF
& "MAC/REPS"—IF "MAC/REPS"—FAILED TO
CONTROL DETAINEES IN HOUSING UN-
ITS—BY DENYING PLAINTIFF ACCESS
TO A PHONE—LAW LIBRARY & SHOWER—
KEEPING HIM ON ALL DAY CELL L-
OCKDOWNS.

34〉 PLAINTIFF HAS TALKED TO NUMEROUS DEP-

# FACTS

UTIES & SUBMITTED MULTIPLE GRIEVA-
NCES—ABOUT THE FOREGOING STATED
IN PARAGRAPHS /15\ TO /33\.

35) DEPUTIES HAVE DISREGARDED PLAIN-
TIFF CONCERNS & GRIEVANCES—THREATEN
PLAINTIFF LIFE—HARASSED & DEGRADED
PLAINTIFF—ON MULTIPLE OCCASIONS—
FOR ADDRESSING THE MATTERS.

36) PLAINTIFF HAS REQUESTED TO BE HOU-
SED IN THE RCSD SAFEST HOUSING—
AD·SEG—DUE TO HIS SAFETY & LIFE BEING
IN DANGER & WAS DENIED BY DEPUTIES-
MULTIPLE TIMES.

37) DEPUTIES—EVEN EXECUTED DEADLY FO-
RCE ON THE PLAINTIFF—FORCED PLAIN-
TIFF TO STRIP NAKED & SEXUALLY HUM-
ILIATED HIM—ON /2\ OCCASSIONS—
FOR REFUSING TO COMPLY WITH "MAC/
REP"—SYSTEM—CAUSING PLAINTIFF TO
SUFFER PHYSICAL INJURIES & SEVERE
PSYCHOLOGICAL TRAUMA.

38) DEPUTIES KNEW OF THE FOREGOING C-
ONDITIONS EFFECTING THE PLAINTIFF &
SUBJECTING HIM TO PUNITIVE & BARBARIC
TREATMENT & REFUSED TO PROTECT THE—
PLAINTIFF FROM DANGER.

39) DUE TO DEFENDANTS RCSD & RIVERS-
IDE COUNTY CUSTOM ENFORCED—PLAIN-

PAGE 11/19

# FACTS

TIFF-SUSTAINED MENTAL ANGUISH-SUFFERS FROM PTSD-PARANOIA & SCHIZOPHRENIA-WHICH PLAINTIFF RECEIVES ONGOING MENTAL HEALTH TREATMENT-FOR HIS INJURIES.

40) DEFENDANTS RCSD & RIVERSIDE COUNTY-SERVES NO REASONABLE PENALOGICAL OBJECTIVE WITH THIS CUSTOM IN PLACE IN IT'S ENTIRETY-EGGS ON CRIMINAL ACTIVITY-RACIAL SEGREGATION & DISCRIMINATION.

41) DUE TO DEFENDANTS CUSTOM-INTENTIONAL EMOTIONAL DISTRESS WAS INFLICTED ON PLAINTIFF & AN INCREASED RISK OF PHYSICAL & MENTAL HARM ENSURED ON PLAINTIFF.

42) CLAIM /3\ -CONCERNS DEFENDANTS EDWARD DELGADO-SGT. PASCHAL-SGT. NARISO & SGT. HILL-RETALIATING AGAINST PLAINTIFF-FOR EXERCISING HIS 1ST AMENDMENT RIGHTS-TO FREEDOM OF SPEECH.

43) SPECIFICALLY-RIGHTS TO SELF-REPRESENTATION & TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCES.

44) RETALIATION ACT /1\
WHILE PLAINTIFF WAS HOUSED AT CBDC JAIL-FROM APPROXIMATELY 11·26·17 TO 1·15·19.

45) PLAINTIFF SUBMITTED MULTIPLE GRIEVANCE-

PAGE 12/19

# FACTS

S-ADDRESSING HIS RIGHTS TO EXERCIS-
E HIS RELIGION-ACCESSING A PHONE-
LAW LIBRARY-MAIL & HIS HOUSING CONDIT-
IONS-PUTTING HIM IN DANGER.

46) FOR SUBMITTING GRIEVANCES-DEFENDANT
SGT. PASCHAL-THREATEN THE PLAINTIFF L-
IFE ON APPROX. 8·14·18 & 8·28·18.

47) WHICH DEFENDANT SGT. PASCHAL-STATED
TO THE PLAINTIFF ON 8·14·18—IN RESPON-
SE TO A GRIEVANCE CONCERNING HIS A-
CCESS TO COURTS & LIVING CONDITIONS—
"STOP PUTTING IN GRIEVANCES ABOUT THE-
SE ISSUES OR I WILL MAKE SURE
YOU SUFFER MORE.—I'LL LET YOU DECIDE
IT'S YOUR LIFE—YOU WANT ME TO END IT BE
MY GUESS"

48) DEFENDANT SGT. PASCHAL-STATED TO PL-
AINTIFF ON 8·28·18—IN RESPONSE TO A
GRIEVANCE CONCERNING HIS LIVING C-
ONDITIONS—"YOU ARE BECOMING A REAL
FUCKING PROBLEM—YOU HAVE NO CHOICE
BUT TO SUFFER—THIS IS NOT A OPTION.
I AM GETTING REAL TIRED OF YOU & TH-
ESE FUCKING GRIEVANCES—SINCE YOU
KEEP COMPLAINING—WE ARE GOING TO
MAKE SURE YOU GET NO ACCESS TO A LAW
LIBRARY-SO YOU WILL FAIL IN YOUR CASE—
WATCH IMMA MAKE SURE YOU DIE IN HERE."

PAGE 13/19

# FACTS

49) DEFENDANT SGT. PASCHAL—FURTHER STATED TO PLAINTIFF ON 8·28·18—"THE CAPTAIN WANTED ME TO LET YOU KNOW—HE WILL BE TOSSING YOUR GRIEVANCES IN THE TRASH & TAKING AWAY YOUR ABILITY TO SUBMIT ANY GRIEVANCES."—DEFENDANT WAS REFERRING TO DEFENDANT EDWARD DELGADO.

50) DEFENDANT SGT. PASCHAL CONTINUED TO HARASS PLAINTIFF—AFTER THE FOREGOING ENCOUNTERS—STATING TO PLAINTIFF— "YOU WORKING ON DYING OR LIVING—LOOKS LIKE YOUR DYING—YOU SURE YOU WANNA LIVE LET ME KNOW—WHEN YOUR READY TO LIVE"— ON /2\ OCCASIONS.

51) APPROXIMATELY ON 9·1·18—DEFENDANT— EDWARD DELGADO—DECLARED TO ALL SUBORDINATES AT CBDC—NOT TO RESPOND TO THE PLAINTIFF GRIEVANCES & SUSPENDED PLAINTIFF RIGHTS TO SUBMIT GRIEVANCES

52) DEFENDANT EDWARD DELGADO SENT PLAINTIFF A MEMORANDUM ON APPROX. 9·1·18— DECLARING PLAINTIFF IS PROHIBITED FROM SUBMITTING ANY FURTHER GRIEVANCES & GRIEVANCES WILL BE OVERLOOKED—IF SUBMITTED.

53) DEFENDANT EDWARD DELGADO—HAD HIS SUBORDINATES AT CBDC—PURPOSELY DENY PLAINTIFF—ACCESS TO A LAW LIBRARY &

# FACTS

PHONE—FROM APPROXIMATELY 9·1·18 TO 1·15·19 AFTER SENDING PLAINTIFF—HIS MEMORANDUM.

54) PLAINTIFF SUBMITTED MULTIPLE GRIEVANCES & INMATE REQUEST SLIPS TO—DEFENDANT EDWARD DELGADO—ADDRESSING DEPUTIES PURPOSELY DENYING HIM ACCESS TO A PHONE & LAWLIBRARY—WHICH DEFENDANT EITHER REFUSED TO RESPOND TO OR CONDUCT ANY FURTHER INVESTIGATIONS.

55) DEFENDANT EDWARD DELGADO—TOOK THE FOREGOING ACTIONS ON THE PLAINTIFF—IN RETALIATION TO—PLAINTIFF SUBMISSION OF GRIEVANCES—SINCE HE HAS BEEN IN·CUSTODY—DECLARING THE REASON PLAINTIFF GRIEVANCES WILL NOT BE ANSWERED IN HIS MEMORANDUM SENT TO PLAINTIFF—IS FOR THE SUBMISSION OF GRIEVANCES.

56) PLAINTIFF SUBMISSION OF GRIEVANCES—IS PROTECTED BY THE 1ST AMENDMENT OF THE U.S. CONSTITUTION.

57) DEFENDANTS EDWARD DELGADO & SGT. PASCHAL—BOTH CONSPIRED TO SILENCE PLAINTIFF FROM EXERCISING HIS 1ST AMENDMENT RIGHTS—ACTIONS TAKEN BY DEFENDANTS—CHILLED THE PLAINTIFF FROM SUBMITTING FUTURE GRIEVANCES.

58) DEFENDANT SGT. PASCHAL ACTIONS—SERVED NO REASONABLE LEGITIMATE GOAL OF

PAGE 13/19   FACTS

THE JAIL—WERE ARBITRARY—CAPRICIOUS
& MALICIOUS—CAUSING PLAINTIFF TO
SUBSTAIN SEVERE MENTAL TRAUMA.

59) DEFENDANT EDWARD DELGADO ACTIONS
WERE UNNECESSARY TO THE MAINTENANCE
OF ORDER AT THE JAIL—CAUSED THE
PLAINTIFF TO SUBSTAIN ONGOING PSYCHO-
LOGICAL INJURIES & SUBJECTED HIM
TO PHYSICAL HARM.

60) RETALIATION ACT /2\
WHILE PLAINTIFF WAS ACTING IN
PRO/PER FOR HIS CRIMINAL CASE FROM
11·26·17 TO 4·2·19—ON /2\ SEPERATE OCC-
ASIONS—DEFENDANTS SGT.HILL & SGT.
NARCISO—CONFISCATED & THREW AWAY
PLAINTIFF CRIMINAL CASE DOCUMENTS—
IN RETALIATION—FOR PLAINTIFF —
EXERCISING HIS RIGHTS TO REPRE-
SENT HIMSELF IN CRIMINAL CASE.

61) BOTH OCCASIONS—IS AS SUCH—
ON APPROXIMATELY 8·26·18—AT CBDC JAIL
DEFENDANT SGT.NARCISO—CONFISCATED &
THREW AWAY MULTIPLE LEGAL DOCUME-
NTS—CONCERNING PLAINTIFF CRIM-
INAL CASE.

62) DEFENDANT SGT.NARCISO—VERBALLY HAR-
ASSED & THREATEN THE PLAINTIFF LIFE
AFTER HE CONFISCATED PLAINTIFF PROPERTY

PAGE 16/19       FACTS

63) DEFENDANT SGT. NARCISO — STATED TO THE PLAINTIFF: "IN HERE I AM YOUR MASTER — I GET TO DICTATE HOW YOU WORK ON YOUR CASE — YOU WANT TO REPRESENT YOURSELF IN HERE — I WILL CONFISCATE YOUR SHIT — YOU WANT TO REPRESENT YOUR — SELF — THEN I WILL PUNISH YOU — YOU CAN THANK ME LATER — IF YOU DIE IN HERE."

64) DEFENDANT SGT. NARCISO FURTHER STATED TO THE PLAINTIFF: "YOU SHOULD OF NEVER CHOOSEN TO REPRESENT YOUR — SELF IN MY WORLD — I'M ONLY TAKING YOUR SHIT — BECAUSE YOUR PRO/PER — YOU WANT TO EXERCISE THAT RIGHT — SO NOW I'M EXERCISING MY RIGHTS — TO FUCK YOUR LIFE OVER & PREVENT YOU FROM ANY FURTHER LITIGATIONS."

65) DEFENDANT SGT. NARCISO — FURTHER THREATEN PLAINTIFF — WITH FURTHER CONFISCATION — FOR BEING PRO/PER — AFTER HE CONFIS — CATED PLAINTIFF PROPERTY. STATING TO PLAINTIFF — "IF YOU STOP REPRESENTING YOURSELF NOW — I'LL TAKE IT EASY ON YOU & LET YOU KEEP THREE THINGS YOU WANT — LET ME KNOW SOON — BECAUSE I'M COMING FOR YOU."

66) DEFENDANT SGT. NARCISO ACTIONS TAKEN UPON PLAINTIFF HAD A CHILLING EFFECT

PAGE 17/19

# FACTS

ON THE PLAINTIFF ABILITY TO EXERCISE HIS PROTECTED RIGHTS TO FREEDOM OF SPEECH–BY SELF·REPRESENTATION & SILENCED PLAINTIFF FROM FILING PETITIONS.

67) DEFENDANT SGT. NARCISO ACTIONS— ADVANCED NO LEGITIMATE GOALS OF THE JAIL–WERE ARBITRARY & MALICIOUSLY CONDUCTED TO ENSURE HARM ON THE PLAINTIFF & PREVENT HIM FROM FUTURE — 1ST AMENDMENT CONDUCT.

68) DEFENDANT SGT. NARCISO–INTENTIONALLY INFLICTED EMOTIONAL DISTRESS ON THE PLAINTIFF–CAUSING HIM TO SUBSTAIN SEVERE PSYCHOLOGICAL TRAUMA & SUBJECTED HIM TO FUTURE PSYCHOLOGICAL HARM.

69) ON APPROXIMATELY 2·1·19–AT RPDC JAIL– DEFENDANT SGT. HILL CONFISCATED & THREW AWAY MULTIPLE LEGAL MATERIALS & DOCUMENTS–THREATENING PLAINTIFF LIFE & VERBALLY HARASSED HIM

70) DEFENDANT SGT. HILL STATED TO PLAINTIFF: "AS LONG AS YOU ARE AT THIS JAIL–REPRESENTING YOURSELF–I WILL DO WHATEVER I CAN TO MAKE SURE YOU DIE IN PRISON—YOU DON'T NEED NONE OF THIS SHIT BOY–NEXT TIME GET A DAMN ATTORNEY & MAYBE YOU'LL HAVE A BETTER CHANCE AT LIVING."

PAGE 18/19  FACTS

71) DEFENDANT SGT.HILL STATED TO HIS /2\ SUBORDINATES WHO ASSITED HIM WITH THE CONFISCATION—"LET'S SHOW THESE PRO/PER INMATES THERE NOT WELCOME HERE IN THIS COUNTY—MAKE SURE YOU THROW AWAY ALL OF HIS SHIT—IMMA MAKE SURE THIS SCUM IS KILLED OFF IN PRISON—HE DON'T DESERVE TO LIVE."

72) DEFENDANT SGT.HILL—CONTINUED TO— VERBALLY HARASS & THREATEN PLAINTIFF— AFTER THIS DAY—CONFISCATING HIS LEGAL PROPERTY AGAIN—ON ANOTHER OCCASION.

73) WHILE CONFISCATION WAS TAKING PLACE— DEFENDANT SGT.HILL STATED TO PLAINTIFF "AS LONG AS YOU ARE PRO/PER—I WILL— CONTINUE TO EXERCISE MY LAW ON YOU— IN MY HOUSE & CONFISCATE YOUR LEGAL STUFF—LIKE I TOLD YOU BEFORE—YOU WILL DIE IN HERE—ON MY WATCH."

74) DEFENDANT SGT.HILL ACTIONS TAKEN ON THE PLAINTIFF—CHILLED PLAINTIFF FROM EXERCISING HIS PROTECTED— RIGHTS TO SELF-REPRESENTATION & SILENCED HIM FROM FURTHER 1ST AMENDMENT ACTIVITIES.

75) DEFENDANT SGT.HILL ACTIONS—SERVED NO LEGITIMATE OBJECTIVE OF THE JAIL— WERE ARBITRARY—CAPRICIOUS & MALICIOUSLY EXECUTED TO CAUSE PLAINTIFF TO SUFFER HARM.

PAGE 19/19 | FACTS

76) DEFENDANT SGT. HILL—CAUSED PLAINTIFF TO SUFFER SEVERE PSYCHOLOGICAL INJURIES & SUBJECTED HIM TO FUTURE MENTAL & PHYSICAL INJURIES.

77) DEFENDANTS SGT. HILL & SGT. NARCISO—CONSPIRED TO HAVE PLAINTIFF—DIE IN CUSTODY & PREVENT HIM FROM EARNING HIS FREEDOM—BY CONDUCTING HIS CRIMINAL CASE DEFENSE & EXERCISING 1ST AMENDMENT RIGHTS.

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

1) GRANT DECLARATORY RELIEF DECLARING PLAINTIFF 1st AMENDMENT RIGHTS-AGAINST ALL DEFENDANTS.

2) GRANT PERMANENT INJUNCTIONS AGAINST DEFENDANTS RCSD&RIVERSIDE COUNTY DIRECTING DEFENDANTS TO: A) OPEN UP ALL LEGAL&CONFIDENTIAL MARKED MAIL IN FRONT OF PLAINTIFF   B) CEASE ENFORCEMENT OF "MAC/REP" CUSTOM ON PLAINTIFF

3) REWARD PLAINTIFF PUNITIVE-COMPENSATORY & NOMINAL DAMAGES-IN THE AMOUNT OF — $350,000—AGAINST DEFENDANTS RIVERSIDE COUNTY&RCSD

4) REWARD PLAINTIFF PUNITIVE-COMPENSATORY & NOMINAL DAMAGES-IN THE AMOUNT OF $500,000— AGAINST DEFENDANTS EDWARD DELGADO— SGT.HILL—SGT.PASCHAL & SGT.NARCISO—JOINTLY & SEVERALLY.

5) GRANT A JURY TRIAL ON NECESSARY MATTERS

6) ANY FURTHER RELIEF TO MEET THE ENDS OF JUSTICE.

8·23·20
*(Date)*

ALL RIGHTS RESERVED
*(Signature of Plaintiff)*

# ATTN: CLERK OF COURT



GREETINGS&SALUTATIONS—I AM FILING A—
<FAC>—FOR MY CIVIL §1983 CASE—CASE NO.#
IS 5:20-CV-01266-VAP-MAA.
AGAIN THIS IS A 1ST AMENDMENT COMPLAINT—FOR
MY CIVIL CASE# 5:20-CV-01266-VAP-MAA.
THANK YOU FOR YOUR TIME.&ASSITANCE—GOD BLESS.

DATE = 8·23·20          SINCERELY&TRULY YOURS

NAME& I.D.= ERIC PHILLIPS #2020074326
ADDRESS= 1627 SOUTH HARGRAVE STREET
          BANNING, CA 92220   JAIL=SCF
CASE#5:20-CV-01266-VAP-MAA

ERIC PHILLIPS #20200 #426
1627 SOUTH HARGRAVE STREET
BANNING, CA 92220





MAA

LEGAL
MAIL

U.S. DISTRICT
ATTN: CLERK OF COURT
U.S. DISTRICT COURT
255 EAST TEMPLE
          STREET ROOM #180
LOS ANGELES, CA 90012



CASE # 5:20-CV-01266-VAP-MAA

DATE = 8·23·20

ERIC PHILLIPS #2020074726
1627 SOUTH HARGRAVE STREET
    BANNING, CA 92220

LEGAL
    MAIL

U. S. DISTRICT
ATTN: CLERK OF
        COURT
U.S. DISTRICT
    COURT
255 EAST TEMPLE
    STREET   ROOM #180
LOS ANGELES, CA
        90012

CASE # 5:20-CV-01266-VAP-MAA
DATE = 8-23-20