UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Nos.  **5:19-cv-01518-VAP-MAA: Phillips v. County of Riverside et al. ("*Phillips I*")**
**5:20-cv-01266-VAP-MAA: Phillips v. County of Riverside et al. ("*Phillips III*")**
**5:21-cv-01560-VAP-MAA: Phillips v. Bianco ("*Phillips IV*")**

Date:  **April 3, 2023**

Present:  The Honorable Maria A. Audero, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order Lifting Stays (JS-5)**

On January 31, 2023, the Court held a Status Conference regarding the Court's unsuccessful efforts since December 2021 to find counsel for Plaintiff in *Phillips I*, *Phillips III*, and *Phillips IV*; the state criminal court's January 24, 2023 determination that Plaintiff is competent to stand trial; Plaintiff's request to represent himself *pro se*; and the possibility of lifting the stay in the above three cases. (*Phillips I* ECF No. 121; *Phillips III* ECF No. 70; *Phillips IV* ECF No. 19.) Defendants requested that the Court determine Plaintiff's competency, despite the state criminal court's determination that Plaintiff is competent to stand trial. The Court ordered Defendants to file a Brief explaining why the stay should or should not be lifted in *Phillips I*, *Phillips III*, and *Phillips IV*— particularly in light of the protracted length of the stay; the Court's unsuccessful efforts to locate counsel for Plaintiff for over one year; the possibility that, given past efforts, the Court likely will not be able to locate counsel for Plaintiff; the state court's determination of Plaintiff's competency; Plaintiff's ability to articulate his claims orally and in writing; and Plaintiff's request to represent himself *pro se*. (*Id*.) On March 2, 2023, Defendants in *Phillips I* and *Phillips III* filed a Brief stating that they do not oppose lifting the stay. (*Phillips I* ECF No. 124; *Phillips III* ECF No. 73.)

The Court interprets Defendants' Brief as a statement that they no longer wish to pursue a finding of incompetency as to Plaintiff. In light of Defendant's Brief and Plaintiff's request to represent himself *pro se*, the Court will lift the stay in *Phillips I*, *Phillips III*, and *Phillips IV*; relieve the guardian ad litem of her duties; and vacate the appointment of counsel for Plaintiff.

Based on the foregoing, the Court hereby **ORDERS** as follows:

(1)   The stay in *Phillips I*, *Phillips III*, and *Phillips IV* is **LIFTED**. The Clerk is directed to **REOPEN** these three cases.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case Nos.  **5:19-cv-01518-VAP-MAA: Phillips v. County of Riverside et al. ("*Phillips I*")**
**5:20-cv-01266-VAP-MAA: Phillips v. County of Riverside et al. ("*Phillips III*")**
**5:21-cv-01560-VAP-MAA: Phillips v. Bianco ("*Phillips IV*")**

Date:    **April 3, 2023**

(2)   The Court's December 10, 2021 orders in *Phillips I*, *Phillips III*, and *Phillips IV* granting Plaintiff's Application for Appointment of Guardian Ad Litem and appointing counsel for Plaintiff—due to the appointment of Plaintiff's mother, Vielka Phillips, as guardian ad litem—are **VACATED**.  (*Phillips I* ECF No. 108; *Phillips III* ECF No. 57; *Phillips IV* ECF No. 10.)

(3)   In *Phillips I*, the Court **AMENDS** the Scheduling Order (ECF No. 73) as follows:

| | |
|---|---|
| June 30, 2023 | Status report due |
| June 30, 2023 | Stipulation/motion to amend pleadings, including to add parties |
| September 1, 2023 | Fact discovery cut-off (including resolution of all fact discovery motions) |
| September 8, 2023 | Settlement conference cut-off |
| September 8, 3023 | Expert disclosure – initial |
| September 29, 2023 | Expert disclosure – rebuttal |
| October 6, 2023 | Expert discovery cut-off (including resolution of all expert discovery motions) |
| November 3, 2023 | All other motions cut-off (including motions for summary judgment) |

(4)   In *Phillips III*, the Court **SETS** Defendants' deadline to respond to the Second Amended Complaint as **May 3, 2023**.

(5)   In *Phillips IV*, the Court will screen the Complaint pursuant to 28 U.S.C. § 1915A and § 1915(e)(2).

It is so ordered.