UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA                                JS-6

# CIVIL MINUTES – GENERAL

Case Nos.  5:19-cv-01518-VAP-MAA: Phillips v. County of Riverside et al. ("*Phillips I*")
           5:20-cv-01266-VAP-MAA: Phillips v. County of Riverside et al. ("*Phillips III*")
           5:21-cv-01560-VAP-MAA: Phillips v. Bianco et al. ("*Phillips IV*")
           5:23-cv-01651-VBF-MAA: Phillips v. County of Riverside et al. ("*Phillips VII*")
           5:23-cv-01721-VBF-MAA: Phillips v. Hatfield et al. ("*Phillips VIII*")

Date:  January 29, 2025

Present:  The Honorable Maria A. Audero, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order Terminating Appointment of Counsel, Accepting Consolidated Complaint, and Dismissing Actions Without Prejudice

On January 27, 2025, Plaintiff filed a Request for Emergency Relief in *Phillips v. County of Riverside, et al.*, No. 5:19-cv-01518-VAP-MAA ("*Phillips I*"), notifying the Court that he has terminated his representation by Orrick LLP and is filing the consolidated complaint contemplated by the parties' May 29, 2024 stipulation (*see Phillips I*, ECF No. 197) on a *pro se* basis ("Request"). (*Phillips I*, ECF No. 227.) On the same day, Plaintiff also submitted a request to file a "Consolidated Master Compliant" (sic) pursuant to 42 U.S.C. § 1983 ("Consolidated Complaint"). In both the Notice and Consolidated Complaint, Plaintiff maintains that he has terminated Orrick's representation and demands termination of the appointment of counsel so that he may proceed *pro se*. (*See* Not. 1; Consolidated Compl. 7–8, 51–52.)[1]

In light of the foregoing, and pursuant to the stipulations the parties put on the record at the May 29, 2024 Status Conference ("Stipulation") (*Phillips I*, ECF No. 197), the Court hereby **ORDERS** as follows:

---

[1] Pinpoint citations to pages in the Consolidated Complaint refer to the pages as sequentially numbered. Pinpoint citations to docketed documents refer to the page numbers appearing on CM/ECF-generated headers.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case Nos.  5:19-cv-01518-VAP-MAA: Phillips v. County of Riverside et al. ("*Phillips I*")
 5:20-cv-01266-VAP-MAA: Phillips v. County of Riverside et al. ("*Phillips III*")
 5:21-cv-01560-VAP-MAA: Phillips v. Bianco et al. ("*Phillips IV*")
 5:23-cv-01651-VBF-MAA: Phillips v. County of Riverside et al. ("*Phillips VII*")
 5:23-cv-01721-VBF-MAA: Phillips v. Hatfield et al. ("*Phillips VIII*")

Date:  January 29, 2025

1. The Court **GRANTS** the Request (*Phillips I*, ECF No. 227) to terminate the appointment of counsel for Plaintiff and **VACATES** the appointment of Orrick, Herrington & Sutcliffe ("Orrick") as counsel in each of the above-captioned cases, leaving Plaintiff to proceed *pro se*.  The Court acknowledges and appreciates Orrick's service as pro bono counsel in this matter and counsel's work relating to the Consolidated Complaint and in advising Plaintiff thereon.

2. The Court accepts the filing of the Consolidated Complaint and **DIRECTS** the Clerk to file, in a separate case with a new case number, the following: (i) the Consolidated Complaint, (ii) a copy of this Order, (iii) a copy of the Stipulation, (iv) a copy of Plaintiff's Request to Proceed Without Prepayment of Filing Fees filed in *Phillips I* ("IFP Request," *Phillips I*, ECF No. 2), and (v) a copy of the Order Granting Request to Proceed Without Prepayment of Filing Fees in *Phillips I* (*Phillips I*, ECF No. 4).  Copies of the Consolidated Complaint, Stipulation, Plaintiff's IFP Request, and the Order Granting the IFP Request are attached to this Order.

3. The five pending civil rights actions against Riverside County and its employees (*Phillips I*, *Phillips III*, *Phillips IV*, *Phillips VII*, *Phillips VIII*) are **DISMISSED without prejudice**.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also Eitel v. McCool*, 782 F.2d 1470, 1473 (9th Cir. 1986) (holding that parties' oral representations to the court agreeing to dismissal constituted a voluntary stipulation of dismissal under Rule 41(a)(1)(A)(ii), even where no formal stipulation was signed by the parties).  All hearings and deadlines in *Phillips I*, *Phillips III*, *Phillips IV*, *Phillips VII*, and *Phillips VIII* are **VACATED**.

4. Defendants are **ORDERED** to file a Notice Regarding Acceptance of Service of the Consolidated Complaint in the new action no later than **thirty (30) days** after the date of this Order, detailing the date of service as to each Defendant.

Plaintiff is reminded that, pursuant to the Stipulation, the Consolidated Complaint is required to contain all of Plaintiff's claims against Riverside County and its employees through the date of filing of the Consolidated Complaint and that if, during the litigation of the consolidated action, Plaintiff seeks to assert any additional claims against Riverside County or its employees for events

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA                    JS-6

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case Nos. | 5:19-cv-01518-VAP-MAA: Phillips v. County of Riverside et al. ("*Phillips I*") |
| | 5:20-cv-01266-VAP-MAA: Phillips v. County of Riverside et al. ("*Phillips III*") |
| | 5:21-cv-01560-VAP-MAA: Phillips v. Bianco et al. ("*Phillips IV*") |
| | 5:23-cv-01651-VBF-MAA: Phillips v. County of Riverside et al. ("*Phillips VII*") |
| | 5:23-cv-01721-VBF-MAA: Phillips v. Hatfield et al. ("*Phillips VIII*") |
| Date: | January 29, 2025 |

occurring after the filing of the Consolidated Complaint, Plaintiff must file a Motion to Amend or Supplement in the consolidated action to allow the Court to determine whether such new claims should be added to the Consolidated Action or filed in a separate lawsuit. (*Phillips I*, ECF No. 197.)

       It is so ordered.

Attachments:
Consolidated Complaint Pursuant to 42 U.S.C. § 1983 (*Eric Jerome Phillips Jr v. County of Riverside, et al.*) (285 pages)

Stipulation (*Phillips I*, ECF No. 197)

Request to Proceed Without Prepayment of Filing Fees in *Phillips I* (*Phillips I*, ECF No. 2)

Order Granting Request to Proceed Without Prepayment of Filing Fees in *Phillips I* (*Phillips I*, ECF No. 4)