ERIC JEROME PHILLIPS JR.
FULL NAME

BISMILLAAHI VEELKARAHEEM AKBAR I
COMMITTED NAME (if different)

JBDC JAIL
FULL ADDRESS INCLUDING NAME OF INSTITUTION

PO BOX 1748 INDIO, CA 92201

2022215626
PRISON NUMBER (if applicable)

45 DEFENDANTS IN TOTAL, THIS IS CONSOLIDATED MASTER COMPLAINT

URGENT ATTN:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ERIC JEROME PHILLIPS JR. AKA RAHEEM AKBAR I

v.

COUNTY OF RIVERSIDE ET AL.

PLAINTIFF,

DEFENDANT(S).

CASE NUMBER

_To be supplied by the Clerk_

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** _(Check one)_

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____ 10 _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:

Plaintiff _____ SEE MASTER LAWSUIT LIST _____

Defendants _____

_____

b. Court _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☒ Yes    ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☒ Yes    ☐ No

If your answer is no, explain why not RAPED — BEAT — PROPERTY LOST ET DESTROYED — THREATEN WIT DEATH ET SENT TO MENTIS INSTITUTION FOR USE OF GRIEVANCES

3. Is the grievance procedure completed?  ☒ Yes    ☐ No

If your answer is no, explain why not GRIEVANCES DESTROYED — LOST ET TRANSFERRED FACILITIES FOR USE OF.

4. Please attach copies of papers related to the grievance procedure. (SEE EXHIBITS IN CASE No. 5:24 cv 208-VBF-MAA

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ERIC JEROME PHILLIPS JR.
                                                        (print plaintiff's name)

who presently resides at J.B.D.C. JAIL ,
                         (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

JBDC/CBDC/RPDC/SCF JAILS-COUNTY OF RIVERSIDE
(institution/city where violation occurred)

*SEE MASTER JURISDICTION LIST*

*ALL CLAIMS FROM*

on (date or dates) 2016 TO 2025 .
 (Claim I)             (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   SEE SUPREME DEFENDANT   resides or works at
   (full name of first defendant)

   LIST/DESCRIPTION
   (full address of first defendant)

   OF DEFENDANTS
   (defendant's position and title, if any)

   90/NINETY DEFENDANTS LISTED

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   95 DEFENDANTS CHARGED

2. Defendant   N/A   SEE ADDITIONAL   resides or works at
   (full name of first defendant)

   DEFENDANT LIST
   (full address of first defendant)

   *TOTAL= 95 DEFENDANTS
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:



3. Defendant   N/A   resides or works at
   (full name of first defendant)

   (full address of first defendant)

   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

4.  Defendant  N/A _____ resides or works at
        (full name of first defendant)

        _____
        (full address of first defendant)

        _____
        (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

5.  Defendant  N/A _____ resides or works at
        (full name of first defendant)

        _____
        (full address of first defendant)

        _____
        (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

*TOTAL NINETY*
DEFENDANTS FIVE
CHARGED ▷ '45'

SEE SUPREME DEFENDANT
LIST FOR INDIVIDUALS CHARGED ▷
ET DESCRIPTION OF

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

*SEE MASTER CLAIM*
ET CHARGE LIST

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

*SEE SWORNED SUPPORTING FACTS*
PAGES 1 TO 218
*SEE EXHIBITS INCASE*
NO. 5:24CV208VBF-MAA
*SEE SWORN VERIFICATION*
OF COMPLIANT
*SEE DEMAND FOR SPEEDY*
JURY TRIAL
*SEE SUPREME PRAYER*
FOR RELIEF/REMEDY
SUPREME
*SEE SWORN AFFIDAVIT OF INJURIES/DAMAGES*

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.
*SEE CONSENT TO MAGISTRATE JUDGE*

**CIVIL RIGHTS COMPLAINT**

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:



SEE SUPREME PRAYER FOR RELIEF/REMEDY

SEE VERIFICATION OF SWORN COMPLIANT

SEE SWORN SUPPORTING FACTS PAGES 1 TO 218

SEE LETTER OF INTENT

JANURIE 19TH 2025
*(Date)*

*(Signature of Plaintiff)*

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)

Page 6 of 6

URGENT : U.S.

1/3 ATTENTION : CLERK OF

MAJESTIC JUDGE

*DATE= 1/19/2025    MARIA A. AUDERO

* CASE No. 5:19cv1518-VAP-MAA

* NAME= ERIC PHILLIPS * I.D.# 202215626

COMS NOW-JUSTITIA FOR ALL

PLAINTIFF CUMS FORTH TO FILE—

< MASTER CONSOLIDATED >

ALL COMPASSING COMPLIANT

* COMPLIANT IS TOTAL OF (150) PAGES

ET IN ONE ENVELOPE—MY NEW

ADDRESS IS: CBDC JAIL,

30755-B AULD ROAD

MURRIETA, CA 92563

I WAS TRANSFERRED IN RETALIATION

FOR PROSECUTING THIS SUIT ET—

THEE FILING OF GRIEVANCES—

AS OF 1/18/2025—BY GAOLERS AT

SCF FACILITY.

* IMMEDIATELY MAY YOU LET THEE

MAJESTIC HONORABLE JUDGE MARIA

A. AUDERO KNOW I AM DEMANDING ET

ELECTING TO PROCEED IN PRO/PER

ET TERMINATE < ORRICK LLP > FROM COUNSEL

OR ATTORNEY OF RECORD STATUS.

2/3 I AM DEMANDING TERMINATION OF <ORRICK LLP> ET FOR FILING OF THIS CONSOLIDATED COMPLIANT

DUE TO EMERGENCY MATTERS OF—
COUNTY OF RIVERSIDE GAOLERS—
ET COURT OFFICIALS—ONGOING ACTS
OF RETALIATION—RECENTLY OF RAPE
TORTURE—ATTEMPTS TO KILL ME ET
FORCING ME TO UNDERGO PSYCHOTIC
MEDICATION FROM 11/1/2024 TO 1/18/2025
AS FACTS/DETAILS OF SUCH—IS FULLY
AVERED IN SUIT.

*MY LIFE IS IN DANGER ET—
<ORRICK LLP> HAS FAILED TO RECOGNIZE
SUCH—AFTER EXPLAINING TO MULTIPLE
TIMES—TO WIT—ON THIS DAY—I HAVE
FILED A COMPLIANT TO <CA STATE BAR>—
AS <DAVID FAND> DOES NOT HAVE MY—
BEST INTEREST AT HAND.

*IN FURTHER ACT OF RETALIATION—A CAPTAIN
HAD ORDERED I BE PLACED IN A CELL—
WIT BLACK MOLD—MILDEW ET SEWAGE—
EE FACTS OF PARAGRAPHS (          ) OF—
'IS CONSOLIDATED COMPLIANT—AS SEWAGE
DES IN MY CELL ET DAYROOM DAILY—
W IN NEED OF EMERGENCY RELIEF—
STRAIN ANY FURTHER SUBJECTION OR
F RETALIATION BY COUNTY OF RIVERSIDE.

3/3

PLEASE DIRECT ATTENTION TO EMERGENCY PETITION FOR WRIT RE HABEAS CORPUS FILED.

* IN AID OF EMERGENCY RELIEF I AM IN NEED OF—A FIRST AMENDMENT PETITION FOR WRIT OF HABEAS CORPUS WAS FILED IN CASE No. 5:24cv208vbf-MAA. TO WIT-CONCERNS THEE EXACT SAME FACTS OF THIS CONSOLIDATED SUIT. SUCH WAS FILED ON AROUND (9/15/2024) TO WIT—I AM SEEKING EMERGENCY RELIEF IN—UNDER GROUNDS OF (BEAN V. MATTEUCCI (9TH CIR. 2020) 986 F. 3d 1128) ET (AREVALO V. HENNESSY (9TH CIR. 2018) 882 F. 3d 763) FOR IMMEDIATE STAY OF CRIMINAL CASE INCOMPETENCY PROCEEDINGS ET FOR IMMEDIATE RELEASE BY BAIL NON-MONETARY CONDITIONS.

* MAY MY HIGH HONOR TAKE JUDICIAL NOTICE OF THIS MATTER OF FACTS— ET TAKE IMMEDIATE ACTION—TO SEE TO IT AEQUUS JUSTITIA IS SERVED ET I AM NOT DENIED ANY FURTHER JUSTITIA OR DELAYED IN SUCH—AS JUSTITIA IS FOR ALL— HUMANS OF ALL RACES—TO RECEIVE— WHERE DUE ET A GRANTING OF PETITION FOR (WRIT OF HABEAS CORPUS IN SUPRA CASE—IS GUARANTEED TO SERVE INTERESTS OF PUBLIC—TO WIT I PRAY FOR.

# MASTER

## 1/3 CLAIMS/CHARGES LIST

**★ PLAINTIFF CHARGES DEFENDANT**
WITH FOLLOWING VIOLATIONS OF
FEDERAL ET STATE LAWS:

I) CLAIM I = I AMENDMENT RELIGIOUS
FREE EXERCISE CLAUSE

II) CLAIM II = I AMENDMENT RELIGIOUS
ESTABLISHMENT CLAUSE

III) CLAIM III = XV AMENDMENT EQUAL
PROTECTION CLAUSE

IV) CLAIM IV = RELIGIOUS LAND USE INDUSTRIAL
PERSON ACT / RLUIPA

V) CLAIM V = XV AMENDMENT RIGHTS
TO BE FREE FROM TORTURE AS A
PRETRIAL DETAINEE TO GUARANTEE
CRIMINAL CONVICTION — SUBSTANTIVE
ET PROCEDURAL DUE PROCESS CLAUSES

VI) CLAIM VI = IV AMENDMENT RIGHTS TO
BE FREE FROM BODILY INVASION ET
SEIZURE OF PROPERTY

# MASTER

## 2/3 CLAIMS/CHARGES LIST

VII) CLAIM VII = I AMENDMENT GUARANTEE TO BE FREE FROM RETALIATION FOR PURSUIT OF RELIGIOUS~LEGAL ET GRIEVANCE ACTIVITIES

VIII) CLAIM VIII = UNITED STATES CODE TITLE 28 §1481 CIVIL GUARANTEES TO RECEIVE EQUAL PUNISHMENT~PAINS FINES~BAIL ET BENEFITS/TREATMENT AS WHITE PERSONS UNDER CUSTODY OF GOVERNMENT OFFICIALS ET IN CRIMINAL CASES/MATTERS/COMMERCE

IX) CLAIM IX = UNITED STATES CODE TITLE 28 §1485 ET §1986 CIVIL GUARANTEES TO BE FREE FROM OBSTRUCTION OF JUSTITIA ET DEPRIVATION OF RIGHTS PRIVILEGES DUE TO RACE/ORIGIN

X) CLAIM X = CALIFORNIA TOM BANE CIVIL RIGHT ACT/CALIFORNIA CIVIL CODE §52.1

XI) CLAIM XI = CALIFORNIA UNRUH CIVIL RIGHT ACT/

XII) CLAIM XII = CALIFORNIA SIMPLE NEGLIGENCE CIVIL RIGHTS/

# MASTER

## 3/3 CLAIMS/CHARGES LIST

**XIII** ) CALIFORNIA INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

* ALL CHARGES ARE DUE TO FEDERAL VIOLATIONS OF UNITED STATES CONSTITUTION ET UNITED STATES CODE TITLE 42~ STATE CLAIMS ONLY EXIST ET SHALL BE PROSECUTED IN THIS SUIT DUE TO FEDERAL DISPICABLE VIOLATIONS BY DEFENDANTS ET PLAINTIFF SUMMONS/COMMANDS SUPPLEMENTAL JURISDICTION PURSUANT TO TITLE 28 §636~ TO WIT STATE OF CALIFORNIA COURTS REFUSE TO ENTERTAIN STATE CLAIMS~ IN THERE COURTS~ NOR DOES DEFENDANTS SEEK SUCH~ SEE EXHIBITS FOR PROOF OF.

* CLAIMS/CHARGES LISTED SUPRA ARE ET CONTINUE TO BE ENFORCED DAILY UPON PLAINTIFF~ BY DEFENDANTS COUNTY OF RIVERSIDE ET CITY ET TOPRANK DEFENDANTS LISTED~ ESTABLISHED CUSTOMS OF METHODS/PRACTICES/POLICIES ET PRACTICES.

* PLAINTIFF CLAIMS ET FACTS OF CHARGES CONCERNS (FAP/1ST AMENDMENT PETITION) CASE No. 5:24 cv 208 VBF-MAA FACTS ET ALLEGATIONS.

# SUPREME REMEDY

1/3 PRAYER/REQUEST FOR RELIEF

OBI JOS IBI REMEDIUM

ET CUMS NOW PLAINTIFF HUMBLY PRAYS FOR SUCH RELIEF/REMEDY:

I) A DECREE ET DECLARATION ~ UPON ALL RIVERSIDE COUNTY SHERIFF OFFICIAL DEFENDANTS ~ DECLARING PLAINTIFF ~ RIGHTS TO BE FREE FROM TORTURE ~~ RETALIATION ~ BY SAID LIVING CONDITIONS CHARGED IN THIS SUIT WERE VIOLATED.

II) DECLARATION DECLARING AGAINST SAID COUNTY OF RIVERSIDE OFFICIALS ~ PLAINTIFF GUARANTEES TO EXERCISE FULLY ET EQUALLY ANY RELIGION ~ OF HIS CHOICE ET SAID CLAIMS 1 TO 4 WAS VIOLATED BY SAID OFFICIALS.

III) DECREE ET DECLARATION <>PON COUNTY OF RIVERSIDE ET DISTRICT ATTORNEY DEFENDANTS ET ATTORNEY RENANTO CERVANTES DECLARING PLAINTIFF GUARANTEES TO BE FREE FROM RACIALLY MOTIVATED ~ DEATH THREATS ET RACIALLY MOTIVATED PROSECUTION METHODS&RIGHTS TO FAIR AFFORDABLE ET NONFINANCIAL BAIL RELEASE AS SAID WORST ET SIMILAR SITUATED WHITE PERSONS

SUPREME    REMEDY

2/3

PRAYER/REQUEST FOR RELIEF

IV) DECLARATION DECREE AGAINST COUNTY OF RIVERSIDE JUDGES ~ ATTORNIES et MENTIS HEALTH EXPERTS DECLARING PLAINTIFF RIGHTS TO BE FREE FROM RETALIATION FOR EXERCISE OF ISLAM

V) REWARD PLAINTIFF AGAINST ALL SAID DEFENDANTS LISTED EXCEPT FOR THEE DISTRICT ATTORNEY OFFICE OF RIVERSIDE COUNTY D.A. MICHAEL HESTRIN ET D.D.A. TIMOTHY MULHERE ~ PLAINTIFF SEEKS (NO) MONETARY REWARD UPON 3 DEFENDANTS ~ IMMUNE FROM <MONEY/EQUITY> SUITS et NOT DECLARATORY RELIEF ~ TO WIT PLAINTIFF SEEKS/DEMANDS FIVE BILLION DOLLARS <$5,000,000,000.00> IN SAID DAMAGES AGAINST ALL DEFENDANTS JOINTLY et SEVERALLY ~ WIT EXCEPTION OF 3 D.A. DEFENDANTS ~ IN SAID AMOUNT:

A) TREBLE DAMAGES: $3,000,000,000.00
B) ECONOMIC DAMAGES: $750,000,000.00
C) ACTUAL DAMAGES: $750,000,000.00
D) PUNITIVE DAMAGES: $250,000,000.00
E) SPECIAL DAMAGES: $250,000,000.00

ET ANY FURTHER AMOUNTS JURY DETRIMINES IF MORE IS WARRANTED.

SUPREME REMEDY

3/3 PRAYER/REQUEST FOR RELIEF

VI) SEPERATE ($25,000) PENALTY/PAIN—
ET REWARD~ FROM SUPRA $5,000,000,000
AMOUNT SOUGHT~ AGAINST EACH SAID
DEFENDANT EXCEPT 3 D.A. DEFENDANTS~
AS A TOM BANE CIVIL RIGHT ACT~
VIOLATION PROVEN UPON EACH OF~
(92) DEFENDANTS = 25,000
$$\times 92$$

TOTAL = $2,300,000.00
TWO MILLION ET
THREE HUNDRED
THOUSAND

$$\begin{array}{r} 150000 \\ +2250000 \\ \hline 2300000 \end{array}$$

VII) GRANT A SPEEDY JURY TRIAL
ET ALLOW PLAINTIFF TO EXECUTE IN PRO/SE

VIII) IF HECK BAR IS A MAJOR ISSUE IN
THIS MATTER GRANT A FEDERAL GREAT
PETITION FOR WRIT OF HABEAS CORPUS~ THEE
RELIEF SOUGHT IN (FAP) CASE No. 5:24CV208VBF-MAA
ET STAY THIS CASE TILL FINAL OUTCUM OF~
(FAP) IN SUPRA $2241 PETITION.

IX) GRANT ANY FURTHER REMEDY/RELIEF TO
SECURE ENDS OF SATURNIAN ET PUBLIC SAFETY
ET TO GUARANTEE EQUALITY FOR ALL.
*PRAYER EXECUTED ON: JANURIE 20TH 2025 *BY: THEE
RAHEEM AKBAR I

# DEFENDANT LIST/DESCRIPTION OF DEFENDANTS

## * COMS NOW FOR PURPOSES *

OF PROPER SERVICE BY U.S. MARSHALL,S ET
EXTRACTING NO DELAYS IN JUSTITIA
PLAINTIFF SUBMITS A DESCRIPTION
OF EACH DEFENDANT PHYSICAL FEATURES
ET SAID CAPACITY/IDENTITY SUED IN
ET CHARGED—TO WIT THERE IS TOTAL
OF ◁◁90/NINETY▷ DEFENDANTS LISTED
INFRA:

## * SECTION/SET/CLASS OF DEFENDANTS 'I' *
MUNICIPAL/CORPORATE
TOTAL AMOUNT = 8 oF 90

I) NAME: COUNTY OF RIVERSIDE
ADDRESS: 4080 LEMON STREET/PO BOX 1147
RIVERSIDE, CA 92502-1157
POSITION: HEAD CORPORATE ENITY GOVERNMENT
SUED IN: OFFICIAL
UNDER COLOR OF LAW: CONTROLS ALL COMMERCE
IN COUNTY OF RIVERSIDE JURISDICTION
DESCRIPTION/IDENTITY: NONPERSON/NONHUMAN/CORPORATION

II) NAME: COUNTY BOARD OF SUPERVISORS (RIVERSIDE)
ADDRESS: 4080 LEMON STREET/PO BOX 1147
RIVERSIDE, CA 92502-1157
POSITION: BOARD/CHAIRMEN OF COUNTY OF RIVERSIDE

SUPREME

# DEFENDANT LIST

SUED IN: OFFICIAL
UNDER COLOR OF LAW: FUNDS/GOVERNS COUNTY OF RIVERSIDE
DESCRIPTION/IDENTY: NONPERSON/GOVERNING BOARD

III) NAME: CITY OF RIVERSIDE
ADDRESS: N/A
POSITION: GOVERNMENT OF RIVERSIDE CITY
SUED IN: OFFICIAL
UNDER COLOR OF LAW: CONTROLS COMMERCE IN
CITY OF RIVERSIDE/FUNDS COUNTY OF RIVERSIDE
DESCRIPTION/IDENITY: NONPERSON/CORPORATED CITY

IV) NAME: CITY OF BANNING
ADDRESS: N/A
POSITION: GOVERNMENT OF BANNING CITY
SUED IN: OFFICIAL
UNDER COLOR OF LAW: CONTROLS COMMERCE IN CITY
DESCRIPTION/IDENITY: NONHUMAN/CORPORATED CITY

V) NAME: CITY OF INDIO
ADDRESS: N/A
POSITION: GOVERNMENT OF INDIO CITY
SUED IN: OFFICIAL
UNDER COLOR OF LAW: CONTROLS COMMERCE IN CITY
DESCRIPTION/IDENITY: NONHUMAN/CORPORATED CITY

SUPREME
3/33

# DEFENDANT LIST

**I) NAME:** CITY OF BLYTHE
**ADDRESS:** N/A
**POSITION:** GOVERNMENT OF BLYTHE CITY
**SUED IN:** OFFICIAL
**UNDER COLOR OF LAW:** CONTROLS COMMERCE IN CITY
**DESCRIPTION/IDENTITY:** NONHUMAN/CORPORATED CITY

**II) NAME:** CITY OF MURRIETA
**ADDRESS:** N/A
**POSITION:** GOVERNMENT OF MURRIETA CITY
**SUED IN:** OFFICIAL
**UNDER COLOR OF LAW:** CONTROLS COMMERCE IN CITY
**DESCRIPTION/IDENTITY:** NONHUMAN/CORPORATED CITY

**III) NAME:** RIVERSIDE COUNTY SHERIFF DEPARTMENT/RCSD
**ADDRESS:** N/A
**POSITION:** LAW AGENCY THAT CONTROLS JAILS/GAOLS IN COUNTY REALM
**SUED IN:** OFFICIAL
**UNDER COLOR OF LAW:** CONTROLS ALL OPERATIONS OF GAOLS IN JURISDICTION
**DESCRIPTION/IDENTITY:** NONHUMAN/PUBLIC AGENCY

# SUPREME

## DEFENDANT LIST

*SECTION OF DEFENDANTS II*
TOP SUPERVISORS/LEADERS
TOTAL AMOUNT = 16 OF 90

4/33

I) NAME: SHERIFF CHAD BIANCO
ADDRESS: N/A
POSITION: CEO/HEAD OF RCSD/SHERIFF SUCCESSOR
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: CONTROLS RCSD
DESCRIPTION/IDENITY: AROUND 200 TO 250 POUNDS
5'6 TO 6'2 IN HEIGHT/FEET ~ CAUCASIAN ~ BLOND/GREY
HAIR ~ BLUE EYES ~ MALE ~ 50 TO 69 IN AGE ~ SHORT HAIR

II) NAME: SHERIFF STANLEY SNIFF  EX
ADDRESS: N/A
POSITION: CEO/HEAD OF RCSD/FORMER SHERIFF
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: FORMER SHERIFF OF
RCSD IN (2015 TO 2019) SAME POWERS AS SHERIFF
DESCRIPTION/IDENITY: AROUND 180 TO 250 POUNDS ~
5'6 TO 6'1 IN HEIGHT ~ CAUCASIAN ~ GREY/BROWN/BLOND
SHORT HAIR ~ BLUE EYES ~ MALE ~ 60 TO 79 IN AGE  RED

III) NAME: UNDERSHERIFF DENNIS VROOM
ADDRESS: N/A
POSITION: VICE CEO/HEAD OF RCSD/FORMER SHERIFF  UNDER
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: FORMER UNDER SHERIFF OF
RCSD

SUPREME

DEFENDANT LIST

5/33

DESCRIPTION/IDENTITY: AROUND 150 TO 230 POUNDS
5'5 TO 6'2 IN HEIGHT/FEET ~ CAUCASION ~ SHORT
ET MEDIUM BLACK/GREY HAIR ~ MALE ~ 45 TO 65 IN AGE

IV) NAME: UNDERSHERIFF DONALD STRUMP
ADDRESS: N/A
POSITION: CURRENT/SUCCESSOR UNDERSHERIFF OF RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: CURRENT UNDERSHERIFF
2ND IN COMMAND OF RCSD SINCE 2023
APPROXIMATE ET PERFORMS SAME ACTS AS SHERIFF
DESCRIPTION/IDENTITY: AROUND 170 TO 250 POUNDS
5'5 TO 6'2 IN HEIGHT/FEET ~ CAUCASION ~ SHORT
TO MEDIUM GREY/BLOND/BROWN HAIR AT TIMES ~ MALE
45 TO 65 IN AGE

V) NAME: CHIEF/COMMANDER EDWARD DELGADO
ADDRESS: N/A
POSITION: COMMANDER OF RCSD GAOLS
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF
DESCRIPTION/IDENTITY: AROUND ~ DETAINEES AT GAOLS
220 TO 260 POUNDS ~ 5'8 TO 6'2 IN HEIGHT ~
LATINO ~ SHORT BLACK/BROWN/GREY HAIR ~
AT TIMES ~ MALE ~ 50 TO 64 IN AGE

SUPREME

6/33

# DEFENDANT LIST

I) NAME: CHIEF MISHA GRAVES

ADDRESS: N/A

POSITION: CHIEF/COMMANDER OF RCSD GAOLS

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: RESPONSIBLE FOR OPERATIONS OF RCSD JAILS

DESCRIPTION/IDENTITY: AROUND 160 TO 230 POUNDS ~ 5'7 TO 6'0 IN HEIGHT ~ AFRICAN AMERICAN FEMALE ~ MEDIUM BLACK/BROWN HAIR ~ WEARS GLASSES DAILY TO SEE ~ 50 TO 65 IN AGE

II) NAME: CAPTAIN SHANNON FLAKES

ADDRESS: N/A

POSITION: WARDEN OF CBDC

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: RESPONSIBLE FOR OPERATIONS OF RCSD JAILS

DESCRIPTION/IDENTITY: AROUND 150 TO 220 POUNDS ~ 5'10 TO 6'2 IN HEIGHT ~ AFRICAN AMERICAN MALE ~ SHORT BLACK/BROWN HAIR ~ 50 TO 65 IN AGE BLACK/BROWN EYES

III) NAME: CAPTAIN VERNAL

ADDRESS: N/A

POSITION: WARDEN OF CBDC/SCF/RPDC GAOLS

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: CONTROLS ALL CUSTOMS OF RCSD GAOLS. DESCRIPTION/IDENTITY: AROUND 160 TO 200 POUNDS 5'6 TO 5'11 HEIGHT ~ LATINO ~ FEMALE ~ BLOND/BROWN GONE HAIR 40 TO 60 IN

SUPREME

7/33

# DEFENDANT LIST

**IX) NAME:** CAPTAIN MARTIN TOCHTROP

**ADDRESS:** N/A

**POSITION:** WARDEN OF JBDC GAOL,

**SUED IN:** INDIVIDUAL

**UNDER COLOR OF LAW:** RESPONSIBLE FOR OPERATIONS OF RCSD JAILS

**DESCRIPTION/IDENTITY:** AROUND 170 TO 220 POUNDS ~ 5'8 TO 6'2 IN HEIGHT ~ LATINO ~ MALE ~ WEARS GLASSES DAILY TO SEE ~ BLACK SHORT HAIR AROUND 45 TO 59 IN AGE

**X) NAME:** CAPTAIN ROBERT PEBBLES

**ADDRESS:** N/A

**POSITION:** WARDEN OF RPDC GAOL IN EX 2017 TO 2020 APPROXIMATE

**SUED IN:** INDIVIDUAL,

**UNDER COLOR OF LAW:** RESPONSIBLE FOR SAID OPERATIONS OF RCSD JAILS

**DESCRIPTION/IDENTITY:** AROUND 150 TO 230 POUNDS 5'6 TO 6'0 IN HEIGHT ~ LATINO/CAUCASION ~ MALE ~ SHORT HAIR GREY/BROWN/BLACK AROUND 50 TO 60 IN AGE

**XI) NAME:** LIEUTENANT TAYLOR

**ADDRESS:** N/A

**POSITION:** VICE WARDEN OF RPDC GAOL APPROX.

**SUED IN:** INDIVIDUAL

**UNDER COLOR OF LAW:** 2ND IN COMMAND AT RPDC GAOL

**DESCRIPTION/IDENTITY:** AROUND 150 TO 230 POUNDS 5'5 TO 6'0 HEIGHT ~ RACE UNKNOWN ~ MALE ~ AROUND 40 TO 65 IN AGE

SUPREME

8/33

DEFENDANT LIST

XII) NAME = LIEUTENANT REDMAN
ADDRESS = N/A
POSITION = 2ND IN COMMAND AT JBDC
SUED IN = INDIVIDUAL
UNDER COLOR OF LAW = WARDEN ASSIT. AT JBDC GAOL
DESCRIPTION/IDENTITY = CAUCASION/LATINO~
AROUND 50 TO 60 IN AGE ~ MALE ~ 5'6 TO
6'1 HEIGHT ~ 160 TO 220 POUNDS - SHORT HAIR

XIII) NAME = LIEUTENANT QUINTENIAR
ADDRESS = N/A
POSITION = 2ND IN COMMAND AT JBDC
SUED IN = INDIVIDUAL
UNDER COLOR OF LAW = IN CHARGE OF GAOL OPERATIONS
DESCRIPTION/IDENTITY = LATINO~ 200 TO 250
POUNDS~~ 5'7 TO 6'1 HEIGHT ~ MALE ~ AROUND
45 TO 54 AGE ~~ SHORT HAIR

XIV) NAME = LIEUTENANT HATFIELD
ADDRESS = N/A
POSITION = 2ND IN COMMAND AT CBDC GAOL
SUED IN = INDIVIDUAL
UNDER COLOR OF LAW = IN CHARGE OF GAOL OPERATIONS
DESCRIPTION/IDENTITY = RACE UNKNOWN~
AROUND 150 TO 230 POUNDS ~ SHORT/MEDIUM
HAIR ~ MALE ~ AROUND 45 TO 60 AGE ~
5'5 TO 6'1 HEIGHT

SUPREME

9/33

# DEFENDANT LIST

**IV) NAME : LIEUTENANT TANNER**
ADDRESS: N/A
POSITION : VICE WARDEN OF RPDC
SUED IN : INDIVIDUAL
UNDER COLOR OF LAW : RESPONSIBLE FOR OPERATIONS OF RPDC GAOL
DESCRIPTION/IDENTITY : AROUND 170 TO 220 IN POUNDS ~ CAUCASION ~ SHORT GREY/WHITE/BLOND HAIR ~ 5'6 TO 6'0 HEIGHT ~ MALE ~ WEARS GLASSES OCCASIONALLY ~ AROUND 50 TO 65 IN AGE

**XV) NAME : LIEUTENANT DOISHER**
ADDRESS: N/A        EX
POSITION : ASSITANT WARDEN OF CBDC FROM 2017 TO 2019
SUED IN : INDIVIDUAL
UNDER COLOR OF LAW : 2ND IN COMMAND AT CBDC
DESCRIPTION/IDENTITY : AROUND 150 TO 200 POUNDS CAUCASION ~ GREY/WHITE SHORT HAIR ~ 5'7 TO 6'1 HEIGHT MALE ~ AROUND 50 TO 65 AGE

**\* SECTION OF DEFENDANTS' II \***
CBDC GAOL DEPUTIES
TOTAL AMOUNT = 14 OF 90

**I) NAME : SGT. NARCISCO**
ADDRESS : N/A
POSITION : SERGEANT OF RCSD
SUED IN : INDIVIDUAL

SUPREME

10/33

DEFENDANT LIST

UNDER COLOR OF LAW: CHARGED WIT SAFETY OF INMATES
DESCRIPTION/IDENITY: AROUND 220 TO 280
POUNDS ~ 5'8 TO 6'1 HEIGHT ~ LATINO ~ BROWN
EYES ~ BLACK MEDIUM HAIR ~ AROUND
40 TO 50 AGE ~ MALE

II) NAME: SGT. PASCHAL
ADDRESS: N/A
POSITION: SERGEANT OF RCSD ▷
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: CLASSIFICATION SGT.
OF RCSD CHARGED WITH SAFETY OF INMATES
DESCRIPTION/IDENITY: AROUND 40 TO 56 AGE
LATINO/CAUCASION ~ AROUND 200 TO 260 POUNDS ~
5'10 TO 6'4 HEIGHT ~ BLUE EYES ~ BROWN/BLOND
SHORT HAIR ~ MALE

III) NAME: SGT. RUSTAD ▷
ADDRESS: N/A
POSITION: SERGEANT OF RCSD ▷
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: CLASSIFICATION SGT.
OF RCSD CHARGED WITH SAFETY OF INMATES
DESCRIPTION/IDENITY: AROUND 40 TO 55 AGE
CAUCASION/LATINO ~ AROUND 200 TO 240 POUNDS ~
5'9 TO 6'2 HEIGHT ~ BLUE/BROWN EYES ~ MALE ~
SHORT HAIR

SUPREME DEFENDANT LIST

11/33

IV) NAME: SGT. FRANCISCA
ADDRESS: N/A
POSITION: SERGEANT OF RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: TRANSPORTATION/FIELD
OFFICER OF RCSD - RESPONSIBLE FOR PUBLIC WELFARE
DESCRIPTION/IDENITY: AROUND 40 TO 65 AGE
AFRICAN AMERICAN/LATINO - AROUND 160 TO 220
POUNDS - 5'8 TO 6'1 HEIGHT - FEMALE - BROWN
EYES - MEDIUM BLACK/BROWN HAIR

V) NAME: SGT. FRANSIN
ADDRESS: N/A
POSITION: SERGEANT OF RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR PUBLIC WELFARE
DESCRIPTION/IDENITY: AROUND 40 TO 59 AGE
CAUCASION/LATINO - AROUND 200 TO 240 POUNDS -
5'9 TO 6'2 HEIGHT - MALE - BLACK/BROWN/GREY
SHORT HAIR - GREY/BLUE EYES

VI) NAME: SENIOR MARTINEZ
ADDRESS: N/A
POSITION: SR. RANKING RCSD DEPUTY
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR
SAFETY OF INMATES
DESCRIPTION/IDENITY: AROUND 34 TO 54 AGE

SUPREME

12/33

DEFENDANT LIST

LATINO ~ BLACK/MEDIUM HAIR LENGTH ~ 5'7 TO 5'11 HEIGHT ~ BROWN EYES ~ MALE ~ AROUND 150 TO 210 POUNDS

VII) NAME: SENIOR GELL
ADDRESS: N/A
POSITION: SR. RANKING DEPUTY
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: CHARGED WITH SAFETY OF INMATES
DESCRIPTION/IDENITY: AROUND 180 TO 230 POUNDS ~ WEAR GLASSES DAILY TO SEE ~ CAUCASION AROUND 5'10 TO 6'2 ~ SHORT BLACK/BROWN HAIR ~ MALE ~ BROWN/BLACK EYES ~ AROUND 50 TO 65 AGE

VIII) NAME: CORPORAL ALICIA HERNANDEZ
ADDRESS: N/A
POSITION: CORPORAL OF RCSD/CBDC
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: CHARGED WITH SAFETY OF INMATES AT CBDC
DESCRIPTION/IDENITY: AROUND 120 TO 170 POUNDS ~ LATINO ~ AROUND 5'6" HEIGHT TO 5'9 ~ LONG BLACK HAIR ~ BROWN EYES ~ AROUND 40 TO 56 AGE ~ FEMALE

IX) NAME: CORPORAL CERVALLOS
ADDRESS: N/A
POSITION: CORPORAL OF RCSD

SUPREME

# DEFENDANT LIST

SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: CHARGED WITH SAFETY
OF INMATES
DESCRIPTION/IDENITY: AROUND 130 TO 180
POUNDS ~ 5'1 TO 5'8 HEIGHT ~ LATINO ~ AROUND
40 TO 57 AGE ~ MALE ~ BLUE/GREY EYES ~
SHORT BLACK/GREY HAIR

X) NAME = DEPUTY DONALD MIGGS
ADDRESS = N/A
POSITION = DEPUTY OF RCSD
SUED IN = INDIVIDUAL
UNDER COLOR OF LAW = RESPONSIBLE
FOR PUBLIC WELFARE
DESCRIPTION/IDENITY: AROUND 190 TO 240
POUNDS ~ 5'8 TO 6'1 HEIGHT ~ AFRICAN AMERICAN ~
MALE ~ SHORT BLACK HAIR ~ BROWN
EYES

XI) NAME = DEPUTY GARCIA
ADDRESS = N/A
POSITION = DEPUTY OF RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: CHARGED WITH SAFETY
OF INMATES
DESCRIPTION/IDENITY: AROUND 150 TO 175 POUNDS
5'8 TO 6'0 HEIGHT ~ LATINO ~ 21 TO 36 AGE ~
MEDIUM BLACK HAIR ~ MALE ~ BROWN EYES

14/33

SUPREME
DEFENDANT LIST

XII) NAME: DEPUTY LEAH
ADDRESS: N/A
POSITION: DEPUTY OF RCSD          * NOT TO BE MISTAKEN
SUED IN: INDIVIDUAL                  WITH HIS COUSIN WHO
                                     WORKS AT CBDC NAMED
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES    LEAY TO.
DESCRIPTION/IDENTITY: AROUND 250 TO 290 ~ LATINO ~ MALE ~
                                        POUNDS
BALD/BLACK HAIR ~ 5'11 TO 6'1 HEIGHT ~ AROUND 30 TO 45 AGE
<WORKS WITH COUSIN AT CBDC>    <ALWAYS WEARS HAT>

XIII) NAME: DEPUTY MARTINAS
ADDRESS: N/A
POSITION: DEPUTY OF RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: FLOOR UNIT DEPUTY OF GAOLS
DESCRIPTION/IDENTITY: AROUND 200 TO 240 POUNDS ~
LATINO ~ MALE ~ BALD ~ 5'6 TO 6'1 HEIGHT ~ AROUND
30 TO 45 AGE ~ BROWN/BLUE EYES

XIV) NAME: SENIOR Z /CLASSIFICATION DEPUTY
ADDRESS: N/A
POSITION: SENIOR/SR. RANKING CLASSIFICATION DEPUTY
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR HOUSING INMATES
DESCRIPTION/IDENTITY: AROUND 200 TO 240
POUNDS ~ 5'8 TO 6'2 HEIGHT ~ LATINO/CAUCASION ~
MALE ~ BROWN/BLACK SHORT HAIR ~ AROUND 30
TO 50 AGE ~ DEPUTY DONALD MILLS ET SGT. PASCHAL
KNOWS FULL NAME/IDENTITY OF SR. Z WHO ~
NO LONGER WORKS AT CBDC.

SUPREME

15/33

DEFENDANT LIST

\* SECTION OF DEFENDANTS `II` \*
INDID GAOL DEPUTIES
TOTAL AMOUNT = 20 OF 90

I) NAME: DEPUTY RODRIGUEZ
ADDRESS: N/A
POSITION: DEPUTY AT JBDC GAOL
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: FLOOR UNIT DEPUTY
RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION: MALE~LATINO~170 TO 230
POUNDS~5'9 TO 6'1 HEIGHT~BLACK SHORT HAIR
20 TO 28 AGE~BROWN/BLACK EYES

II) NAME: SGT. ZEZUETA
ADDRESS: N/A
POSITION: SERGEANT OF RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: OVERSEES ALL DEPUTIES INFRA AT JBDC
DESCRIPTION/IDENITY: 170 TO 220 POUNDS~5'7 TO 6'0 HEIGHT
LATINO~FEMALE~LONG BLACK HAIR~BROWN EYES~35 TO 55 IN AGE

III) NAME: SGT. CHAIVIRREA
ADDRESS: N/A
POSITION: SERGEANT OF RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: OVERSEES ALL DEPUTIES INFRA AT JBDC
DESCRIPTION/IDENITY: 200 TO 240 POUNDS~5'6 TO 6'0 HEIGHT
LATINO~MALE~SHORT BLACK HAIR~BROWN EYES~40 TO 55 IN AGE

SUPREME

16/33

# DEFENDANT LIST

IV) NAME: SGT. TREVINO
ADDRESS: N/A
POSITION: SERGEANT AT JBDC/RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: SUPERVISOR AT JBDC GAOL
DESCRIPTION/IDENTITY: FEMALE ~ CAUCASION ~
AROUND 40 TO 55 AGE ~ 140 TO 200 POUNDS ~ 5'5 TO 5'10
HEIGHT ~ BLUE EYES ~ LONG BROWN/BLOND HAIR

V) NAME: SGT. MULANY / I.D. # N4340
ADDRESS: N/A
POSITION: SERGEANT AT RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: SUPERVISOR AT JBDC GAOL
DESCRIPTION/IDENITY: MALE ~ CAUCASION ~ AROUND
40 TO 55 AGE ~ 150 TO 200 POUNDS ~ 5'6 TO 5'10 HEIGHT
SHORT BROWN/BLACK HAIR

VI) NAME: SGT. LANDRY
ADDRESS: N/A
POSITION: SERGEANT AT RCSD / JBDC/RPDC
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: SUPERVISOR AT JBDC GAOL
DESCRIPTION/IDENITY: MALE ~ AFRICAN/AMERICAN
40 TO 55 AGE ~ 170 TO 250 POUNDS ~ 5'8 TO 6'1 HEIGHT
BLACK SHORT HAIR ~ WEARS GLASSES OCCASIONAL
WORKED AT SCF/JBDC/RPDC GAOLS        BASIS

SUPREME

DEFENDANT LIST

VII) NAME: SGT. MENDEZ
ADDRESS: N/A
POSITION: SERGEANT IN RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR INMATES LIVES
DESCRIPTION/IDENTITY: MALE ~ LATINO ~ 40 TO
55 AGE ~ BLACK MEDIUM HAIR ~ BLACK EYES ~
160 TO 220 POUNDS ~ 5'7 TO 6'0 HEIGHT

VIII) NAME: SGT. VERNAY
ADDRESS: N/A
POSITION: SERGEANT IN RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR INMATES LIVES
DESCRIPTION/IDENTITY: MALE ~ LATINO ~ 40 TO 59 AGE
BLACK/GREY SHORT HAIR ~ BROWN EYES ~ 160 TO
220 POUNDS ~ 5'6 TO 5'10 HEIGHT ~ WEARS
GLASSES TO READ

IX) NAME: SGT. PARKS
ADDRESS: N/A
POSITION: SERGEANT IN RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR DETAINEES
LIVES AT JBDC/CLASSIFICATION SUPERVISOR
DESCRIPTION/IDENTITY: MALE ~ LATINO ~ 40 TO 59 AGE
BLACK MEDIUM HAIR ~ 210 TO 280 POUNDS ~ 5'8 TO 6'2
BROWN/BLACK EYES                    HEIGHT

SUPREME

18/33

## DEFENDANT LIST

X) NAME: SGT. MAGANA
ADDRESS: N/A
POSITION: SERGEANT AT JBDC/RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION/IDENTITY: FEMALE ~ LATINO ~ AROUND
40 TO 55 AGE ~ 110 TO 160 POUNDS ~ 5'4 TO 5'7 HEIGHT
LONG BLACK HAIR

X) NAME: SGT. PALCENTIA
ADDRESS: N/A
POSITION: SERGEANT AT JBDC
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION/IDENTITY: MALE ~ LATINO ~ BLOND
GREY HAIR ~ SHORT ~ BROWN/GREY EYES ~ 40 TO 56 AGE
170 TO 240 POUNDS ~ 5'7 TO 6'0 HEIGHT

XII) NAME: CORPORAL IBARHHIM
ADDRESS: N/A
POSITION: CORPORAL IN RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION/IDENTITY: MALE ~ CAUCASION ~ AROUND
30 TO 36 AGE ~ 200 TO 220 POUNDS ~ 5'6 TO 5'10 HEIGHT
SHORT BROWN/BLOND HAIR ~ BLUE EYES

SUPREME

19/33

DEFENDANT LIST

XIII) NAME: CORPORAL MUGIA
ADDRESS: N/A
POSITION: CORPORAL AT RCSD/JBDC
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION/IDENTITY: MALE ~ LATINO ~ 45 TO 55 AGE
5'6 TO 5'10 HEIGHT ~ 140 TO 200 POUNDS ~ SHORT
BLACK/GREY HAIR ~ BLACK/BROWN EYES

XIV) NAME: DEPUTY RAZO
ADDRESS: N/A
POSITION: DEPUTY AT JBDC
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION/IDENTITY: MALE ~ LATINO ~ AGE 20 TO
35 ~ 5'7 TO 5'11 HEIGHT ~ 200 TO 250 POUNDS ~
SHORT BLACK HAIR

XV) NAME: DEPUTY GARCIA
ADDRESS: N/A
POSITION: FLOOR DEPUTY AT JBDC
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION/IDENTITY: MALE ~ LATINO ~
BALD ~ 30 TO 44 AGE ~ 170 TO 250 POUNDS ~
5'6 TO 5'11 HEIGHT ~ BLACK/BROWN EYES

SUPREME

20/33

DEFENDANT LIST

XVI) NAME: DEPUTY SANCHEZ

ADDRESS: N/A

POSITION: DEPUTY AT JBDC

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES

DESCRIPTION/IDENTITY: MALE ~ LATINO ~ 20 TO 30

AGE ~ 200 TO 240 POUNDS ~ 5'7 TO 6'0 HEIGHT

BLACK EYES ~ MEDIUM BLACK HAIR

XVII) NAME: DEPUTY LOPEZ

ADDRESS: N/A

POSITION: DEPUTY AT JBDC

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: RESPONSIBLE FOR INMATE LIVES

DESCRIPTION/IDENTITY: MALE ~ LATINO ~ 24 TO 38

AGE ~ 160 TO 220 POUNDS ~ 5'6 TO 6'0 HEIGHT ~

BLACK EYES ~ MEDIUM BLACK HAIR

XVIII) NAME: DEPUTY IROJII

ADDRESS: N/A

POSITION: DEPUTY AT JBDC

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES

DESCRIPTION/IDENTITY: MALE ~ LATINO ~ AGE

35 TO 55 ~ 6'2 TO 6'6 ~ WEARS GLASSES TO SEE

SHORT BLACK HAIR ~ BROWN/BLACK EYES ~ WEARS

HAT OFTEN ~ AROUND 220 TO 240 POUNDS.

# SUPREME

21/33

# DEFENDANT LIST

XX>NAME: DEPUTY GUIA

ADDRESS: N/A

POSITION: DEPUTY AT JBDC

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES

DESCRIPTION/IDENTITY: MALE ~ LATINO ~ 30 TO 45 AGE ~ 180 TO 250 POUNDS ~ 5'8 TO 6'0 HEIGHT ~ SHORT BLACK HAIR ~ BLACK EYES

XX>NAME: DEPUTY SOTO

ADDRESS: N/A

POSITION: DEPUTY AT JBDC

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES

DESCRIPTION/IDENTITY: MALE ~ LATINO ~ 30 TO 45 AGE ~ 160 TO 220 POUNDS ~ 5'7 TO 6'0 HEIGHT ~ BLACK SHORT HAIR ~ BLACK EYES

* SECTION OF DEFENDANTS V * RPDC GAOL DEPUTIES
TOTAL AMOUNT = 17 OF 90

I>NAME: DEPUTY MCCLAIN

ADDRESS: N/A

POSITION: DEPUTY AT RPDC GAOL

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES

DESCRIPTION/IDENTITY: MALE ~ LATINO/CAUCASION ~ 40 TO 58 AGE ~ 220 TO 280 POUNDS ~ 5'8 TO 6'1 HEIGHT

SUPREME

22/33

# DEFENDANT LIST

BALD/LOW RED/BROWN HAIR~BLUE EYES

## II) NAME : SENIOR CASTELLANOS
ADDRESS: N/A
POSITION: SR. RANK
SUED IN : INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION/IDENTITY: MALE ~ LATINO ~ 45 TO 60
IN AGE ~ 6'0 TO 6'4 HEIGHT ~ 200 TO 280 POUNDS ~
BALD ~ BROWN EYES

## III) NAME : SGT. WEBB
ADDRESS: N/A
POSITION: SERGEANT IN RCSD/RPDC
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION/IDENTITY: MALE ~ CAUCASION ~ 45 TO 60
IN AGE ~ 5'9 TO 6'1 HEIGHT ~ 200 TO 240 POUNDS ~
BLOND/GREY/BROWN HAIR ~ BLUE EYES

## IV) NAME : SGT. BALDWEN
ADDRESS: N/A
POSITION: SERGEANT AT RPDC
SUED IN : INDIVIDUAL
UNDER COLOR OF LAW : RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION/IDENTITY: MALE ~ CAUCASION ~ 49 TO 60
AGE ~ 5'7 TO 6'0 HEIGHT ~ 160 TO 220 POUNDS ~ GREY
BLOND MEDIUM HAIR ~ BLUE EYES

SUPREME

# DEFENDANT LIST

23/33

**I) NAME: SGT. SAPPINGTON**
ADDRESS: N/A
POSITION: SERGEANT OF RCSD/RPDC/SCF GROUPS
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION/IDENTITY: MALE ~ LATINO ~ 45 TO
58 AGE ~ 5'5 TO 6'1 HEIGHT ~ 170 TO 260 POUNDS ~
SHORT BLACK/BROWN/GREY HAIR

**V) NAME: SGT. HILL**
ADDRESS: N/A
POSITION: SERGEANT IN GANG UNIT OF RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION/IDENTITY: MALE ~ CAUCASIAN ~ 39 TO
52 AGE ~ 5'5 TO 5'11 HEIGHT ~ MEDIUM BROWN/BLACK HAIR
(MOHAWK)

**VII) NAME: SGT. HOUSE    ADDRESS: N/A   POSITION: SGT.**
SUED IN: INDIVIDUAL, UNDER COLOR OF LAW:
SERGEANT AT RPDC/SUPERVISOR OF RCSD
DESCRIPTION: MALE ~ CAUCASIAN ~ 45 TO 60 AGE ~ 5'6 TO 6'1
HEIGHT ~ 170 TO 230 POUNDS ~ BROWN/BLOND SHORT HAIR

**VIII) NAME: SENIOR BURCIAGA  ADDRESS: N/A  POSITION: SR.**
SUED IN: INDIVIDUAL, UNDER COLOR OF LAW:
RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION: FEMALE ~ LATINO ~ 45 TO 65 AGE ~
5'4 TO 5'9 HEIGHT ~ 120 TO 170 POUNDS ~ LONG BLACK
HAIR ~ BROWN EYES

SUPREME

DEFENDANT LIST

IX) NAME: CORPORAL GARCIA GUS
ADDRESS: N/A
POSITION: CORPORAL AT RPDC/RCSD
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION/IDENTITY: MALE ~ LATINO ~ 36 TO 50 AGE ~ 5'8 TO 6'1 HEIGHT ~ 180 TO 260 POUNDS SHORT BLACK/BROWN HAIR ~ GREY/BROWN EYES

X) NAME: CORPORAL JONES
ADDRESS: N/A
POSITION: CORPORAL AT RPDC/SCF
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR INMATES LIVES
DESCRIPTION/IDENTITY: MALE ~ CAUCASION ~ 150 TO 210 POUNDS ~ SHORT GREY/WHITE HAIR ~ BLUE/GREY EYES ~ 5'5 TO 5'11 HEIGHT ~ 50 TO 65 AGE

XI) NAME: DEPUTY LOPEZ
ADDRESS: N/A
POSITION: DEPUTY AT RPDC
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: WORKS IN TRANSPORTING INMATES
DESCRIPTION/IDENTITY: MALE ~ LATINO ~ 170 TO 230 POUNDS ~ 5'6 TO 5'11 HEIGHT ~ 35 TO 48 AGE ~ BROWN EYES ~ SHORT BLACK HAIR

24/33

SUPREME

25/33

# DEFENDANT LIST

XII) NAME : DEPUTY LEE

ADDRESS : N/A

POSITION : DEPUTY AT RPDC CLASSIFICATION UNIT

SUED IN : INDIVIDUAL

UNDER COLOR OF LAW : RESPONSIBLE FOR LIVES OF INMATES

DESCRIPTION/IDENTITY : MALE~ ASIAN~ 30 TO 46 AGE~

5'5 TO 6'0 HEIGHT~ 140 TO 200 POUNDS~ BROWN EYES~

BLACK/BROWN SHORT HAIR

XIII) NAME : DEPUTY ALGUIZAR

ADDRESS : N/A

POSITION : DEPUTY AT RPDC/TRANSPORT UNIT

SUED IN : INDIVIDUAL

UNDER COLOR OF LAW : RESPONSIBLE FOR LIVES OF INMATES

DESCRIPTION/IDENTITY : MALE~ LATINO/INDIAN/ASIAN~
OR ARAB

20 TO 38 AGE~ 5'7 TO 5'11~ 150 TO 200 POUNDS~ BLACK

SHORT HAIR ET BLACK/BROWN EYES

XIV) NAME : DEPUTY DUNCAN

ADDRESS : N/A

POSITION : DEPUTY AT RPDC/TRANSPORT UNIT

SUED IN : INDIVIDUAL

UNDER COLOR OF LAW : RESPONSIBLE FOR LIVES OF INMATES

DESCRIPTION/IDENTITY : MALE~ CAUCASION~ 29 TO

45 AGE~ 5'8 TO 6'2 HEIGHT~ 170 TO 220 POUNDS~

GREY/BLOND SHORT HAIR~ BLUE EYES

SUPREME

26/33

DEFENDANT LIST

XV) NAME: DEPUTY SOSA
ADDRESS: N/A
POSITION: DEPUTY AT RPDC/TRANSPORT UNIT
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES
DESCRIPTION/IDENITY: MALE~ LATINO~ 35 TO 48 AGE~
5'10 TO 6'1~ 200 TO 240 POUNDS~ BROWN/BLACK SHORT
HAIR

XVI) NAME: CORPORAL FISHER
ADDRESS: N/A
POSITION: DEPUTY AT RPDC/SCF/CORPORAL RANK
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR INMATES LIVES
DESCRIPTION/IDENITY: MALE~ LATINO/CAUCASIAN~
36 TO 49 AGE~ BLACK/BROWN SHORT HAIR~ 140 TO 200
POUNDS~ 5'4 TO 5'9 HEIGHT~ BROWN EYES

XVII) NAME: DEPUTY HARGIS
ADDRESS: N/A
POSITION: SR.STATUS DEPUTY AT RPDC
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR INMATES LIVES
DESCRIPTION/IDENITY: MALE~ AFRICAN AMERICAN~
40 TO 58 AGE~ 5'4 TO 5'9 HEIGHT~ 160 TO 230 POUNDS
FULL SLEEVE OF TATTOOS~ 40% OF BODY~ BALD~ BROWN
EYES~ WORKED WIT RPDC/RCSD OVER 20 YEARS

SUPREME

27/33

DEFENDANT LIST

\* SECTION OF DEFENDANTS II \*

SCF GAOL DEPUTIES

TOTAL AMOUNT = 5 OF 90

I) NAME: SGT. WALKER

ADDRESS: N/A

POSITION: SERGEANT AT SCF/RCSD

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: RESPONSIBLE FOR INMATES LIVES

DESCRIPTION: MALE ~ AFRICAN AMERICAN ~ AROUND

35 TO 48 ~ 170 TO 260 POUNDS ~ 5'7 TO 5'11 ~

SHORT BLACK HAIR ~ BROWN EYES
Age

II) NAME: SGT. HARRIS

ADDRESS: N/A

POSITION: SERGEANT AT SCF/RCSD

SUED, IN: INDIVIDUAL

UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF INMATES

DESCRIPTION: FEMALE ~ AFRICAN AMERICAN ~ AROUND

40 TO 58 AGE ~ 150 TO 250 POUNDS ~ 5'6 TO 5'11

HEIGHT ~ LONG BLACK/BROWN HAIR

III) NAME: SENIOR ANDREW

ADDRESS: N/A

POSITION: SENIOR AT SCF/RCSD

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES OF

INMATES

# SUPREME

# DEFENDANT LIST

DESCRIPTION: MALE ~ CAUCASIAN ~ AROUND
40 TO 50 AGE ~ BLUE EYES ~ BLOND/BROWN SHORT
HAIR ~ AROUND 150 TO 240 POUNDS ~ HEIGHT 5'7 TO 5'11

IV) NAME: SGT. HARRIS
ADDRESS: N/A
POSITION: CORPORAL AT SCF/RPDC GAOLS
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES
OF INMATES
DESCRIPTION: MALE ~
AFRICAN AMERICAN ~ BALD ~ 45 TO 56 ~ 5'7 TO 6'6 ~ HEIGHT
180 TO 230 POUNDS ~ BROWN EYES

V) NAME: DEPUTY PEALCONE
ADDRESS: N/A
POSITION: PATROL DEPUTY
SUED IN: INDIVIDUAL
UNDER COLOR OF LAW: RESPONSIBLE FOR LIVES
OF INMATES
DESCRIPTION: MALE ~ LATINO ~
AROUND 120 TO 179 WEIGHT ~ SHORT BLACK
HAIR ~ 5'6 TO 5'11 HEIGHT ~ AROUND 26 TO 40 AGE

* SECTION OF DEFENDANTS III *
ATTORNIES OF STATE
TOTAL AMOUNT = 4 OF 90

I) NAME: RENANTO CERVANTES
ADDRESS: 3890 11TH STREET SUITE #601 RIVERSIDE CA 92501
POSITION: ATTORNEY FOR RIVERSIDE COUNTY

SUPREME

DEFENDANT LIST

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: ATTORNEY CONTRACTED WITH RIVERSIDE COUNTY CONFLICT PANEL

DESCRIPTION: MALE ~ LATINO ~ AROUND 40 TO 55 ~ AROUND 200 TO 250 POUNDS ~ 5'6 TO 5'11 HEIGHT AGE ~ SHORT BLACK HAIR.

ID NAME: DEPUTY DISTRICT ATTORNEY TIMOTHY MYGHERE

ADDRESS: NA

POSITION: STATE PROSECUTOR

SUED IN: INDIVIDUAL CAPACITY

UNDER COLOR OF LAW: PROSECUTOR ASSIGNED WITH RIVERSIDE COUNTY D.A. OFFICE

DESCRIPTION: MALE ~ CAUCASION ~ BROWN/RED MEDIUM HAIR ~ AROUND 30 TO 44 ~ 5'5 TO 5'10 HEIGHT AGE 160 TO 250 POUNDS ~ BLUE EYES

III NAME: DISTRICT ATTORNEY MICHAEL HESTRIN

ADDRESS: NA

POSITION: D.A. OF RIVERSIDE COUNTY

SUED IN: INDIVIDUAL CAPACITY

UNDER COLOR OF LAW: D.A. CHARGE WIT PROSECUTING STATE CASES

DESCRIPTION: MALE ~ CAUCASION ~ AROUND 40 TO 60 AGE ~ BROWN/BLACK SHORT HAIR ~ WEARS GLASSES DAILY ~ AROUND 5'6 TO 6'0 HEIGHT ~ AROUND 150 TO 220 POUNDS ~ BLUE EYES

IV NAME: DISTRICT ATTORNEY OFFICE OF RIVERSIDE COUNTY

ADDRESS: N/A

POSITION: D.A. OFFICE OF RIVERSIDE COUNTY

29/33

SUPREME

30/33

# DEFENDANT LIST

SUED IN: OFFICIAL

UNDER COLOR OF LAW: D.A. OFFICE/AGENCY OF RIVERSIDE COUNTY CHARGED WITH PROSECUTING CASES

DESCRIPTION: NONHUMAN/CORPORATION

## ✶ SECTION OF DEFENDANTS VII ✶

MENTIS HEALTH EXPERTS

TOTAL AMOUNT = 5 OF 90

I) NAME: TED R. GREENZAG

ADDRESS: N/A

POSITION: PSYCHOLOGIST/MENTIS HEALTH EXPERT

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: MENTIS HEALTH COMPETENCY TO STAND TRIAL EXPERT EMPLOYED WIT RIVERSIDE COUNTY

DESCRIPTION: MALE ~ CAUCASION ~ AROUND 40 TO 60 AGE 150 TO 250 POUNDS ~ 5'6 TO 5'11 HEIGHT ~ SHORT HAIR GREY

II) NAME: ALLAN BROWN

ADDRESS: N/A

POSITION: PSYCHOLOGIST/MENTIS HEALTH EXPERT

SUED IN: INDIVIDUAL

UNDER COLOR OF LAW: MENTIS HEALTH COMPETENCY TO STAND TRIAL EXPERT EMPLOYED WIT RIVERSIDE COUNTY

DESCRIPTION: MALE ~ AFRICAN AMERICAN ~ 40 TO 60 AGE ~ 150 TO 220 POUNDS ~ 5'6 TO 6'0 HEIGHT ~ WEARS GLASSES DAILY ~ BLACK SHORT HAIR ~ BLUE EYES

# SUPREME

31/33

# DEFENDANT LIST

**II) NAME : ROBERT L. SUITER**

ADDRESS: N/A

POSITION : PSYCHOLOGIST

SUED IN : INDIVIDUAL

UNDER COLOR OF LAW : ASSIGNED TO EXAMINE CRIMINAL DEFENDANTS FOR COMPETENCY IN RIVERSIDE COUNTY COURTS

DESCRIPTION: MALE ~ CAUCASION ~ AROUND 45 TO 65 AGE ~ WEARS GLASSES ~ 5'5 TO 6'0 ~ 150 TO 220 HEIGHT    POUNDS  SHORT GREY/WHITE HAIR

**IV) NAME : GENE N. BERG**

ADDRESS: N/A

POSITION : PSYCHOLOGIST

SUED IN : INDIVIDUAL

UNDER COLOR OF LAW : ASSIGNED TO EXAMINE CRIMINAL DEFENDANTS FOR COMPETENCY IN RIVERSIDE COUNTY COURTS

DESCRIPTION: MALE ~ CAUCASION ~ AROUND 56 TO 70 AGE ~ GREY/BLOND SHORT HAIR ~ 5'5 TO 6'0 HEIGHT ~ 170 TO 240 POUNDS ~ BLUE EYES

**V) NAME: DOCTOR MICHAEL BUCARO**

ADDRESS: N/A

POSITION : PSYCHOLOGIST

SUED IN : INDIVIDUAL

UNDER COLOR OF LAW : ASSIGNED TO EXAMINE CRIMINAL DEFENDANTS FOR COMPETENCY IN RIVERSIDE COUNTY COURTS

DESCRIPTION: MALE ~ LATINO ~ AROUND 40 TO 60 AGE 150 TO 200 POUNDS ~ BLACK SHORT HAIR ~ 5'5 TO 6'0 HEIGHT

SUPREME

32/33

# DEFENDANT LIST

*CUMS NOW ALL HUMAN/PERSONS WHO ~ ARE SUED ARE ONLY ET SHALL BE SUED IN INDIVIDUAL CAPACITY ~ ET ALL CITY/COUNTY/CORPORATIONS/AGENCIES SHALL BE ONLY SUED IN OFFICIAL CAPACITIES DUE TO ET UNDER ~ ESTABLISHED CUSTOMS/METHODS ET SAID POLICIES/PROCEDURES/PRACTICES ~ THAT ARE THEE MOVING FORCE ~ BEHIND ALL INDIVIDUAL HUMAN ~ PERSON DEFENDANTS.

*TO WIT ~ PLAINTIFF SPELLS ALL ~ DEFENDANTS LAST NAMES ~ TO BEST OF HIS ABILITIES ~ KNOWLEDGE OF ANGLOSAXON ET ENGLISH LANGUAGE ~ TO WIT ~ ANY MISPELLINGS ET SAID MISIDENTIFICATIONS WITH ANY OF INFRA DEFENDANTS:

I) CORPORAL, IBRAHIM    II) SERGEANT FRANCISCA
III) SENIOR Z    IV) SENIOR BURCIAGA
V) SENIOR CASTELLANOS    VI) DEPUTY PEAL CON
VII) DR. MICHAEL BUOARO    VIII) MISHA GRAVES
IX) UNDERSHERIFF DONALD    CHIEF
            STRUMP

*SHALL BE SWIFTLY CORRECTED AT ~ SUMMARY JUDGMENT ET TRIAL.

SUPREME

= 33/33

DEFENDANT LIST/DESCRIPTION OF DEFENDANTS

*PLAINTIFF DEMANDS NO MONETARY OR
INJUNCTIVE RELIEF UPON DISTRICT
ATTORNEY OFFICE OF RIVERSIDE COUNTY~
D.A. MICHAEL HESTRIN~D.D.A. TIMOTHY
MULHERE~AS SUCH IS BARRED~HE
ONLY PRAYS FOR A DECLARATORY ET
DECREE TO~CEASE ANY FURTHER SAID
RACIALLY MOTIVATED DEATH THREATS~
ET CUSTOMS ENFORCED UPON HIM~
CONTRIBUTING TO GENOCIDE AS PROVEN IN
(MOSBY V. SUPERIOR COURT OF RIVERSIDE COUNTY (2024) 99 CAL.
                                              APP. 5TH 106)
ET RULED/AFFIRM BY CA SUPREME COURT~
UPON AFRICAN AMERICAN PERSONS~(SEE EXHIBIT)
*CASE NO. 5:24cv208-VBF-MAA CONCERNS ALL
DEFENDANTS IN THIS SUIT ACTIONS ET IS A
§2241 GREAT PETITION FOR WRIT OF HABEAS CORPUS.
ALL PARTIES SHOULD TAKE EXTENSIVE NOTICE OF.
*THEE 90TH/NINETY DEFENDANT SUED IS:
            A)NAME=MASTER/SPECIAL INVESTIGATOR
B)ADDRESS=MORENO VALLEY,CA   DIXON
C)POSITION=MASTER/SPECIAL INVESTIGATOR OF RCSD
D)SUED IN=INDIVIDUAL UUNDER COLOR OF LAW=
HEAD/LEAD MURDER/GANG UNIT INVESTIGATOR OF RCSD
E)DESCRIPTION=MALE~AFRICAN AMERICAN~50 TO 69
AGE~120 TO 190 WEIGHT~5'9 TO 6'1 HEIGHT~BALD
BLUE/GREEN EYES~EMPLOYED OVER 20 YEARS WIT RCSD.

1/1

# ADDITIONAL DEFENDANTS
### ⟨91 TO 95⟩

91) NAME = SGT. DELGADO POSITION = SCF SGT.
ADDRESS = SCF JAIL/GAOL UNDER COLOR OF LAW =
CHARGED WITH SAFETY OF CITIZENS OF U.S. SUED IN =
INDIVIDUAL CAPACITY ONLY/DESCRIPTION = CAUCASION
5'7 TO 6'0 — 150 TO 220 POUNDS — SHORT BROWN/BLACK HAIR —
BLUE EYES — AGE 35 TO 50

92) NAME = SGT. CALDEON POSITION = SCF SGT. ADDRESS = SCF
COLOR OF LAW = SGT. AT SCF/RCSD GAOL SUED IN = INDIVIDUAL JAIL
CAPACITY ONLY
DESCRIPTION = 6'0 TO 6'3 — CAUCASION — BLUE EYES —
BLOND/WHITE HAIR SHORT — 160 TO 230 POUNDS — AGE 45 TO 65
WORKS IN HOUSING ET TRANSPORTATION

93) NAME = SGT. HERNANDEZ POSITION = SGT. ADDRESS = SCF JAIL
COLOR OF LAW = SGT. OF SCF/RCSD GAOL SUED IN = INDIVIDUAL
CAPACITY ONLY
DESCRIPTION = 5'7 TO 6'2 — SHORT BLACK/BROWN HAIR
170 TO 250 POUNDS — HISPANIC — BLUE EYES 40 TO 55 AGE
FLOOR UNIT SGT. FROM 11/1/2024 TO 1/15/2025

94) NAME = SGT. FIGUERO POSITION = SCF SGT./COMPLIANT
UNIT
ADDRESS = SCF JAIL SUED IN = INDIVIDUAL CAPACITY ONLY
COLOR OF LAW = RCSD SGT. RESPONSIBLE FOR HANDLING
GRIEVANCES/DESCRIPTION = 5'9 TO 6'2 — CAUCASION/LATINO
170 TO 230 POUNDS — 25 TO 39 AGE — BALD — BLUE EYES — SGT. ONLY FOR
9 TO 20 MONTHS

95) NAME = CORPORAL LEON POSITION = CORPORAL AT SCF JAIL
ET CBDC JAIL
ADDRESS = SCF JAIL SUED IN = INDIVIDUAL CAPACITY ONLY
COLOR OF LAW = CORPORAL FOR RCSD
EMPLOYED FOR OVER 10 YEARS / DESCRIPTION =
5'8 TO 6'2 — HISPANIC — BLACK/GREY MEDIUM HAIR ET
LARGE BREAD — 140 TO 240 POUNDS — 36 TO 52 AGE — BLUE/BLACK
EYES

# SWORN

1/3 VERIFICATION OF COMPLIANT

ONWARDS TO JUSTITIA
FOR ATTY~ PLAINTIFF~ ERIC JEROME
PHILLIPS JR. AKA BISMILLAAHI
VIEWKA RAHEEM AKBAR **I** WHO
IS PROCEEDING IN propriapersona
HEREBY VERIFIES THEE FOLLOWING
FACTS **IN** SUPPORT OF HIS OPPOSITION
TO ANY MOTION TO DISMISS ET
SAID SUMMARY JUDGMENT MOTION
SUBMITTED BY DEFENDANTS:
I) I AM THEE TRUE ET SOLE OWNER
OF SEGF~A U.S. CITIZEN~ OVER
AGE OF 21 YEARS OLD~ WHO
IS UNDER ILLEGAL CUSTODY OF
COUNTY OF RIVERSIDE JURISDICTION
ET SHALL COMPETENTLY TESTIFY TO
ALL FACTS OF THIS CONSOLIDATED
MASTER COMPLIANT.
II) I DO INDEED CERTIFY ET VERIFY
ALL FACTS IN THIS MASTER CONSOLIDATED
COMPLIANT~ AS BONA FIDE TRUTH~
TRUE ET CORRECT INDEED~ ET
SHALL BE PROVEN IN COURT WITH
DISCOVERY IN POSESSION OF DEFENDANTS
ET SAID WITNESSES I SHALL~
SUMMONS~ WHEN JUSTITIA DEMANDS!

SWORN

2/3 VERIFICATION OF COMPLIANT

III) TO WIT~ AS ALL FACTS OF SUIT ARE TRUE ET CORRECT~ PLAINTIFF AVERS~ HE HAS SUBMITTED OVER (600) GRIEVANCES CONCERNING FACTS OF THIS SUIT~ HE HAS SUBMITTED OVER 8 CITIZEN COMPLIANTS ET SAID OVER 20 LETTER DIRECTLY~ WITH SHERIFF STANELY SNIFF CHAD BIANCO~ RCSD~ COUNTY BOARD OF SUPERVISORS ET CITY MAYORS OF BANNING/MURRIETA/RIVERSIDE/BETHYE/INDIO ET OTHER GOVERNMENT OFFICIALS OF.

IV) FROM (2016 to 2025) INFORMING SUCH ENTITIES OF THEE INHUMANE GAOL CONDITIONS AVERED IN THIS SUIT SEEK REMEDY/RELIEF FROM~ SAID PERSONS~ OF ABATING CONDITIONS ET FULLY INVESTIGATION INTO SAID SEXUAL ABUSE/RAPES ET HARASSMENT UPON I ET OTHER MENTALLY ILL INMATES AS AVERED IN SUIT~ TO WIT SAID OFFICIALS REFUSED TO ABATE OR TAKE ANY ACTION INTO.

V) CUMS NOW~ AS I PROCEED IN THIS SUIT~ I AM EXECUTING SUCH IN PRO/SE ET DEMAND TERMINATION OF COUNSEL (ORRICK LLP) ET NEVER SHALL

# SWORN
# 3/3 VERIFICATION OF COMPLIANT

I ACCEPT THEE ASSITANCE OF COUNSEL IN THIS SUIT ET IN ANY CASE.

V) ONWARDS~ I SHALL AID THEE~ CA DOJ OR U.S. DOJ~ IN ANY PROSECUTION OF ANY DEFENDANT CHARGED IN THIS SUIT~ FOR VIOLATION OF ANY STATE/FEDERAL LAW.

VI) TO WIT~ IF JUSTITIA SO~ DEMANDS ET TO FURTHER TERMINATE ANY FUTURE EVILS BY COUNTY OF RIVERSIDE OFFICIALS~ SUCH THAT IS AVERED IN SUIT.

VII) I EXECUTED THIS SUIT TO BEST OF ABILITIES~ AS A LOW CLASS AFRICAN AMERICAN MIORITY WHO IS INDIGENT.

IV) ON AROUND 10/30/20225~ I FILED THIS MASTER CONSOLIDATED COMPLIANT TO DEFEAT COUNTY OF~ RIVERSIDE EVILS UPON PUBLIC ET SELF ET END CUSTOMS OF GENOCIDE UPON AFRICAN AMERICAN PERSONS.

*UNDER PAINS OF PERJURY~UNDER LAWS OF UNITED STATES OF AMERICA~I DO SOLEMNLY VERIFY ET AFFIRM FACTS SUPRA ET IN THIS SUIT~IS TRUE ET CORRECT WITHOUT A SHADOW OF DOUBT. *PURSUANT U.S.C. TITLE 28 § 1746*

*EXECUTED BY: RAHEEM AKA PLAINTIFF [signature] ~ DATE ON: 01/29/2025

# ½ DEMAND FOR SPEEDY JURY TRIAL

* COMS NOW ~ PLAINTIFF HEREBY
DEMANDS IN FULL FORCE OF JUSTITIA
FOR ALL ~ A SPEEDY/SWIFT JURY TRIAL
IN THIS MASS SUIT OF EQUITY ~
AFTER ENDS OF SUMMARY JUDGMENT ~
MATTERS ET ONWARDS TO EQUALITY
PLAINTIFF COMMANDS DEFENDANTS TO
SURRENDER ALL DISCOVERY RECORDS ~
THEE PLAINTIFF SHALL DEMAND IN
AID OF EXTRACTION OF JUSTITIA FOR
ALL ET PRAYS YOUR HIGH HONORS OF
THIS COURT EXECUTE SUCH ORDERS ~
FORTHWITH ~ PLAINTIFF DEMANDS TO EXECUTE
JURY TRIAL IN PRORPRIA PERSONA STATUS.
* PLAINTIFF PRAYS FOR TRIAL TO BE
HAD/PERFORMED BY JURY ~ NO LATER THAN
1/1/2026 TO 8/1/2026 ~ TRIAL IS SAID
EXPECTED TO LAST NO MORE THAN 6 MONTHS.

* UNDER PAINS OF PERJURY, UNDER LAWS
OF UNITED STATES OF AMERICA, I DO
SOLEMNLY SWEAR, AFFIRM, ET CONFIRM
ALL SUPRA FACTS AS TRUE ET CORRECT
ET SHALL COMPETENTLY TESTIFY TO.
* EXECUTED ON: 01/29/2025
* EXECUTED BY: PLAINTIFF IN PRO/SE
* RAHEEM MAKBAR

〈U.S.C. TITLE 28 §636〉

# 1/1 CONSENT TO MAGISTRATE JUDGE

* PURSUANT TO TITLE 28 §636 ~
PLAINTIFF IN PRO/SE ~ HEREBY ~
CONSENTS TO A UNITED STATES MAGISTRATE
JUDGE TO CONDUCT ALL MATTERS ~
FINAL DECISIONS ET TRIALS BY
JURY/BENCH ET ANY SPECIAL HEARINGS
IN MATTER ~ ALL EVIDENCE MATTERS ~
AS WELL ~ TO GUARANTEE SPEEDY
JUSTITIA.

* UNDER PAINS OF PERJURY, UNDER
LAWS OF UNITED STATES OF AMERICA
I, ERIC JEROME PHILLIPS JR. AKA
RAHEEM AKBAR I DO SOLEMNLY
SWEAR, AFFIRM ET CONSENT TO SUPRA
FACTS ET CONSENTS TO A UNITED
STATES MAGISTRATE JUDGE TO CONDUCT
ALL MATTERS OF THIS SUIT ET
ANY RELATED MATTERS.

* EXECUTED ON: JANURIE TWENTY NINTH,
TWO THOUSAND ET TWENTY FIVE,
YEAR OF LIBERTY ET TRUTH.

* EXECUTED BY ET AT: MURRIETA, CA 92563

RAHEEM  J.C.C.
AKBAR  1-30
I  WITHOUT PREJUDICE

SUPREME

1/3 SWORN AFFIDAVIT OF INJURIES/DAMAGES

*COMES NOW — PLAINTIFF HAS SUSTAINED THEE FOLLOWING INJURIES/HARMS/DAMAGES DUE TO ALL 4 DEFENDANTS ACTIONS/TORTS ET MALFEASANCE ET EVIL, BAD FAITH MALICIOUS UNITED STATES CONSTITUTIONAL VIOLATIONS— CHARGED IN SUIT — PLAINTIFF DEMANDS ET PROSECUTE ALL 4 DEFENDANTS FOR MONETARY— EQUITY/FUNDS/SECURITIES/MONEY REWARD— EXCEPT FOR DEFENDANTS:

I) DISTRICT ATTORNEY OFFICE OF RIVERSIDE COUNTY
II) DISTRICT ATTORNEY MICHAEL HESTRIN
III) DEPUTY DISTRICT ATTORNEY TIMOTHY MULHERE

*TO WIT IS BAN BY FEDERAL LAWS UNDER HECK BAR — PLAINTIFF INJURIES HE HAS ENDURED IS AS AVERED INFRA:

A) DAILY FOR 8 1/2 YEARS ET ONGOING — ACID REFLEX — VOMITING UP FOOD ET BLOOD ET UNABLE TO DIGEST FOOD PROPERLY — STOMACH PAINS ON EXTREME LEVEL

B) SEVERE WEIGHT LOSS ET GAIN— CAUSING DIABETES — EXTREME NERVOUS ET IMMUNE SYSTEM DAMAGES ET LOSS OF ACUTE ET BLOOD FLOW CONTROL DAILY.

C) DAILY EXTREME SKELATORAL DAMAGES — LOSS OF ADEQUATE HIP MOVEMENT — SEVERE

# SUPREME

## 2/3 SWORN AFFIDAVIT OF INJURIES/DAMAGES

NECK ~ BACK ET FOOT PAINS ~ LOSS OF WALKING BALANCE ET ENJOYMENT OF LIFE

D) BLEEDING FROM ANUS ~ TEARS IN ANUS TRACTS CUTS/GASHES ON FEET ~ HANDS ~ CORPUS ~ DAILY/FREQUENTLY ~ KNOCKED UNCONSCIOUS ET DAILY URINATING ON SELF ET FREQUENT DEFACATING ON SELF ~ SEVERE BRAIN DAMAGE

E) ONLY RECEIVE 2 TO 3 HOURS OF SLEEP DAILY ~ DAILY NIGHTMARES ~ PARANOIA ET PTSD ~ CAUSING SLEEP DEPRIVATION DAILY ET LOST OF ACUTE THINKING ET DECISION MAKING

F) LOST OF CRITICAL VIATEMINS DAILY NEEDED TO MAINTAIN ADEQUATE HEALTH ~ LOST OF HAIR ~ LOST OF SKIN COLOR ~ ET LOST OF APPETIATE ~ OVERALL PHYSICAL GROWTH ET DEVELOPMENT DAILY

G) SUBJECTION TO RISK OF DEATH ~ DAILY ~ CANCER ~ ET OTHER WORLDLY ~ DEADLY DIEASES DAILY ~ CAUGHT COVID 19 ET SUFFERING FROM LONG ET SHORT TERM EFFECTS OF ~ DAILY NUMBNESS ET SWELL NESS IN CORPUS

H) URINATING BLOOD FREQUENTLY ~ ET

# SUPREME

3/3 SWORN AFFIDAVIT OF INJURIES/DAMAGES
FREQUENT SEIZURES ~ LOSS OF VISION
ET DAILY RANDOM BLACK OUTS/FAINTS.

I) LOST OF ENJOYMENT OF LIFE ET
ABILITY TO EXERCISE TO MAINTAIN
HEALTH POSITIVELY MENTIS ET PHYSICAL
DAILY ET LOSS OF COMMUNICATION SKILLS

J) LOSS OF WAGES PERMANENTLY ~ LOSS OF
PRIZED LEGAL/PERSONAL/RELIGIOUS ET
BUSINESS PROPERTY OVER $25,000,000 IN
ECONOMIC VALUE ~ LOSS OF FAMILY TIES
ET COMMUNICATION DUE TO DEATHS OF ET
PAINS OF EQUITY UPON PUBLIC MEMBERS.

K) BLOOD VESSALS EXPLODED ~ LOSS OF
HEARING ET SENSES OF TATSE ~ SMELL ET
REALITY DAILY ~ BROKEN TOE/FRACTURES ET
LOSS OF SEXUAL DRIVE ET WANT TO PROCREATE

L) EXTREME MENTIS ANGUISH ~ ET EMOTIONAL
SHOCK ET DISTRESS DAILY ~ SCHIZOPHRENIA
ET DAILY THOUGHTS OF DEATH ET SUICIDE

* UNDER PAINS OF PERJURY, UNDER LAWS OF
UNITED STATES OF AMERICA, I DO SOLEMNLY
SWEAR ALL SUPRA FACTS ARE TRUE ET CORRECT.
*EXECUTED ON: 01/29/2025 *EXECUTED BY: RAHEEM AKBAR
PRAISER ((ﷺ ﷻ)) PLAINTIFF
B.U.R.A.                              IN PRO/SE

# RAHEEM AKBAR
# 1/5 LETTER OF INTENT

UNLIMITED PEACE ET
UNIVERSAL LOVE ~ LIGHT ET LIFE ~
CUMS NOW ~ ALL RACES ~ ALL IS
ONE ~ ALL COLORS ~ ALL CREEDS ~
ALL ETHNICS ~ ALL CULTURES ET
ALL ORGANISMS ORGINATE FROM ONE
SOURCE OF PEACE ~ TO WIT STILLNESS.
CUM DUO JURA CONCURRANT IN UNA PERSONA
AEQUUM EST AC SI ESSEN IN DUOBUS ~
CUM QUOLIBET ET QUALIBET HORUM
ALL LIFE AS WE LOVE ~ CUMS FROM
ONE ETERNAL LIGHT ~ THAT HAS ET
SHALL FOREVER DWELL WITHIN DARKNESS.
IN THEE BEGINING THERE WAS NOTHING,
ONLY DARK MATTER ~ THEN THEE VOICE
OF ALL ILLUMINATED THEE SCENE OF
LIFE WIT LIGHT ~ TO WIT ALL SAID
ORGANISMS MANIFESTED ET ANIMATED FROM.
CUMS FORTH AEQUUS ~ YING ET YANG ~
TO TIP THEE SCALES OF OUR UNIVERSE
ONWARDS IN THEE DIRECTION OF BALANCE ~
EQUALITY FOR ALL ~ AS ALL IS I ET
ALL PRAY FOR NEVERENDING TRANQUILITY
VIA A TRUE SATURNIAN GOLDEN AGE.



# RAHEEM AKBAR
## 2/5 LETTER OF INTENT

WITH THAT DECLARED~

FOR THEE RECORD~ PLAINTIFF IN ET FOR PROPRIA PERSONA~ PROCEEDING PROPRIA SE~ INTENTS IN THEE FULL FLEDGE ZEALOUS ET ACUTE SWIFTNESS~ PROSECUTION OF THIS CONSOLIDATED MASTER SUPREME~ ALL COMPASSING ET ALL MOVING COMPLIANT~ IS AS AVERED:

I) TO TERMINATE DIVISION~ HATE ET SAID EVILS THOUGHTS TO HARM~ BASE UPON THEE COLOR OF ONE SKIN~ FAITH OF ONE CREATOR~ ET SOUND/FREQUENCY OF ONE ORGIN~ TO WIT ERADICATING RACISM FROM AMERICA.

II) PEOPLE OF CALIFORNIA ET THERE~ BUSINESSES SHALL NOT SUFFER NO MORE DESTRUCTION~ DUE TO EVIL INJUSTITIA THREAT OF RACISM STILL PERMITTED TO BREATH IN THEE PREMISES OF THIS GOLDEN REALM OF UNITED STATES.

III) ONWARDS I SHALL MOVE INTO WHATEVER FOREIGN LAND~ SEA~ SPACE~ REALM IT SHALL BE~ TO SEE TO IT EQUALITY IS ENJOINED ET EXTRACTED IN ALL 4 CORNERS OF THEE WORLD~ STARTING WITH THEE EXECUTION OF A FLAWLESS~ OUTCOM IN PROSECUTING THIS SUIT.

# RAHEEM AKBAR

## 3/5 LETTER OF INTENT

IV) IN GUARANTEEING NO PUBLIC/COMMON PERSON — UNITED STATES OF AMERICA CITIZEN SUFFERS ANY THREAT OF DEATH — LOSS OF LIMB ET UNITED STATES CONSTITUTIONAL VIOLATION THAT FALLS — WITHIN THEE SCOPE OF THIS SUIT — BY COUNTY OF RIVERSIDE OFFICIALS.

V) NO PERSON WHO IS SUBJECTED TO PROCEEDING AS A CRIMINAL CASE DEFENDANT IN ANY — STATE IN AMERICA UNDER CUSTODY OF A GAOLER SHALL BE SUBJECTED TO MENTIS OR CORPUS TORTURE IN ANY FORM — ANY DEGREE OR AMOUNT — AS SUCH EXTRACTS GUILTY OUTCUMS IN PROSECUTION OF CASES BY DEFACTO — ET IS FORBIDDEN BY UNITED STATES SUPREME COURT PLAINTIFF CHARGES FORTH TO EXECUTE SUCH — CUSTOMS BY SHERIFF CHAD BIANCO ET COUNTY OF RIVERSIDE — PUTTING SUCH IN A CLOSED KASKET.

VI) AS SEX AGAINST ONE CONSENT ET PERSONS — WHO BY DEFAULT OF SEVERE MENTIS ILLNESS — ARE NOT AFFORDED OPPORTUNITY TO MAKE A CONSENTUAL — KNOWING — WILLING ET INTELLIGENT DECISION — WHO ARE TRICKED INTO SEX — BY PERSONS PAYED FOR BY THEE PUBLIC ET ENTRUSTED BY FEDERAL GOVERNMENT ET PUBLIC TO ENFORCE PEACE — ET ARE BY FORCE TAKEN INTO SEXUAL ACTIONS — SUCH EVILS DISCOURSES ET DEVALUES

# RAHEEM AKBAR

## 4/5 LETTER OF INTENT

ALL OF HUMANITY ~ I SHALL SEE TO IT ~
SUCH INTERNATIONAL/UNIVERSAL CRIMES/TERROR
IS PERFORMED NO MORE BY ANY RIVERSIDE COUNTY
SHERIFF DEPUTY AGENT OR EMPLOYEE UPON
ANY PERSON UNDER CUSTODY OR NOT.

VI) MAINTAINING (ADEQUATE=GOOD) HEALTH SHALL
BE THEE OBJECTIVE OF ANY WARDEN UPON
IT'S CAPTIVES ~ DETAINEES ~ PRISONERS ~ SUBJECTS
TO WIT ~ 2,000 CALORIE DIET PROGRAMING OF
FOOD SHALL BE SERVED ~ EXERCISE IN OPEN ET
FRESH AIR SPACE IN PROPER CLOTHING ~ ET
MENTIS HEALTH STIMULATION OF MUSIC OR
THEE SUCH WARRANTED TO PROMOTE PSYCH POSITIVITY
SHALL ALL BE ENFORCED DAILY TO EXTRACT
SUCH HEALTHY RESULTS OF PRISONERS IN THEE
MENS ET PHYSICAL STATE ~ SUCCESS IN THIS
SUIT SHALL OPEN PORTAL FOR SUCH UNIVERSAL
LAWS IN EVERY STATE OF AMERICA.

VII) NO WHITE PERSON SHALL RECEIVE NON-FINAN-
CIAL ET AFFORDABLE BAIL RELEASE FOR
VIOLENT CRIMES CHARGED ~ WHILE SUBJECTING
BLACK PERSONS OF SAME/SIMILAR OR LESS SERIOUS
CHARGES TO NO BAIL RELEASE IN TOTALITY ~
DUE TO A REALM CUSTOMS OF RACISM ET SAID
GENOCIDE UPON BLACK RACES OF AMERICA ~
SUCH AS COUNTY OF RIVERSIDE ET IT'S ~
PUBLIC OFFICIALS ~ PLAINTIFF ENDS IN THIS ~

RAHEEM AKBAR

5/5 LETTER OF INTENT

SUIT SHALL TERMINATE SAID SUPRA PRACTICES UPON AFRICAN AMERICANS.

IX) ALL CREEDS ARE ACCEPTED IN UNITED STATES AS ALL RELIGIONS ARE ENTITLED TO AEQUUS RESPECT/BENEFITS ~ PLAINTIFF SHALL ENFORCE COUNTY OF RIVERSIDE OFFICIALS TO PERFORM EQUALITY IN TRANSACTIONS OF ANY MUSLIM IN ANY ENGAGEMENT.

X) PUBLIC HAS A ENTITLEMENT TO KNOW INMATES OF RIVERSIDE COUNTY GAOLS ARE NOT SUBJECTED TO DEATH ~ DUE TO MALFEASANCE OF GAOLERS ~ THEE ENDS OF THIS SUIT SHALL EXTRACT SUCH RESULTS IN COUNTY OF RIVERSIDE.

XI) ENDING ANY FURTHER RACIST CONDUCT UPON BLACK CRIMINAL DEFENDANTS BY RIVERSIDE COUNTY DISTRICT ATTORNIES ~ SHALL BE EXTRACTED BY I.

XII) NO PERSON OF ANY COLOR SHALL BE SUBJECTED TO DAILY DURESS ~ TERROR ET SHOCK AS A FORM OF A LIVING CONDITION ~ IN ANY COMMUNITY ~ THEE GAOLS OF RIVERSIDE COUNTY, IS NO EXCEPTION ET PLAINTIFF SHALL PUT SUCH SHAMS/EVILS TO ENDS ~ IN FINAL ENDS OF THIS SUIT.

XIII) COMPENSATION UPON PLAINTIFF OF ($1,000,000,000.00) OR MORE SHALL GENERATE ($400,000,000,000.00) IN REVENUE TO AMERICA IN NEXT 20 YEARS ~ DESTROY ONCE ET FOR ALL COUNTY OF RIVERSIDE CHARGED CUSTOMS IN SUIT ET SECURE A FURTHERANCE OF A UNIVERSAL ONE WORLD GOLDEN AGE I SHALL COMPLETE SUCH ~ IN VICTORY OF SUIT

* EXECUTED ON: OCTOBRE 19TH 2024 * HUMBLY SUBMITTED BY

## SWORN FACTS

1/238

1) CUMS NOW—ALL FACTS OF THIS SUIT IS SWORNED TRUE ET CERTIFIED AS CORRECTED PURSUANT TO U.S.C. TITLE 28 §1746—PLAINTIFF ATTACHES A VERIFICATION OF COMPLIANT ET GURANTEES TO PROVE ALL FACTS OF SUIT UNDER PAIN/OATH OF PERJURY.

2) PLAINTIFF CUMS FORTH—IN A AIRTIGHT SIMPLE—FULLY STATED—FORMATION—CHARGING ALL DEFENDANTS WITH VIOLATION OF UNITED STATES OF AMERICA CONSTITUTION.

3) SUIT CHARGES COUNTY OF RIVER-SIDE WIT MENTIS ET PHYSICAL—TORTURE—TO GUARANTEE A CRIMINAL CONVICTION IN CRIMINAL CASE.

4) SUIT CHARGES COUNTY OF RIVERSIDE WITH RACE BASE TARGETING ET DISCRIMINATION—SUBJECTING PLAIN-TIFF TO CUSTOM OF GENOCIDE—UPON AFRICAN CALIFORNIANS. IN—COUNTY OF RIVERSIDE CRIMINAL COURTS

5) SUIT CONCERNS ALL FACTS OF CASE NO. 5:24cv208—VBF—MAA—(FAP) FILED APPROX. 9/10/2024—A §2241—PETITION FOR WRIT OF HABEAS.

SWORN
FACTS

2/218

6) JURISDICTION OF SUIT—CUMS OUT OF CITIES BANNING/MURRIETA/BLYTHE—INDIO/RIVERSIDE/MORENO VALLEY—ET COUNTY OF RIVERSIDE.

7) U.S. DISTRICT COURT/CENTRAL DISTRICT OF CALIFORNIA IS PROPER VENUE OF SUIT—PURSUANT TO U.S.C. TITLE 28 §1331/§1343/§1346/§1367/§1651/§2201-02/§2241/§1654— SHALL THIS COURT ENTERTAIN ALL CLAIMS.

8) ALL STATE TORT CLAIMS—OVER 20 GOVERNMENT CLAIMS FILED—WITH COUNTY OF RIVERSIDE BOARD OF SUPERVISORS ET DENIED—UNDER CALIFORNIA LAW UNDER—PROPER TIMELINE; ET OVER (600) GRIEVANCES FILED IN RE TO—ALL JAIL CONDITIONS—PLAINTIFF—DEMANDS A EVIDENCE HEARING TO SHOW CAUSE OF.

/// 
///
///
///
///
///

SWORN
FACTS

3/218

9) PLAINTIFF IN REGARDS TO ALL FACTS OF SUIT HAS ATTEMPTED ZEALOUSLY TO EXHAUST ALL STATE PETITION- COMPLIANT ET GRIEVANCE REMEDIES SUBMITTING OVER 500 GRIEVANCES;

10) OVER 50 STATE PETITION FOR WRIT OF HABEAS CORPUS FILED IN- EVERY STATE JURISDICTIONAL COURT LETTERS/COMPLIANTS - FILED WITH COUNTY OF RIVERSIDE BOARD OF- SUPERVISORS - SHERIFF OF RIVERSIDE ET CITIES BANNING - MURRIETA - RIVERSIDE- INDIO ET BLYTHE GOVERNING OFFICIALS FROM (2016 TO 2025).

11) ALL OF SUPRA GRIEVANCES/PETITIONS ET LETTERS HAVE BEEN DENIED ET PLAINTIFF HAS ENDURED ONGOING SHOCKING TERROR IN RETALIATION FOR.

12) RETALIATION BY COUNTY OF RIVERSIDE JUDICIAL OFFICERS - LAW ENFORCEMENT AGENTS - PROSECUTORS - ATTORNIES ET MENTIS HEALTH EXPERTS EMPLOYED WITH SAID COUNTY OF RIVERSIDE- IN PHYSICAL-PSYCHOLOGICAL ET ECONOMICAL ACTS TAKEN UNDER POWER AS STATE ACTOR ET TRUSTED PUBLIC OFFICIAL.

SWORN
FACTS                                                    4/218

13) PLAINTIFF DURING TIME UNDER—
CUSTODY OF COUNTY OF RIVERSIDE—
GAOLS—WAS A PRETRIAL DETAINEE
FROM 7/13/2016 TO 4/1/2019 APPROXIMATE
THEN A CIVIL DETAINEE INCUSTODY
OF COUNTY OF RIVERSIDE FROM 4/1/2019
TO 1/1/2020 APPROXIMATE.

14) BACK INCUSTODY OF COUNTY OF RIVERSIDE
AS CIVIL DETAINEE FROM 2/1/2020
TO 4/30/2020 APPROXIMATE—PRETRIAL
DETAINEE STATUS IN 5/1/2020 TO
6/1/2020—THEN, CIVIL DETAINEE
6/1/2020 TO 6/20/2021 INCUSTODY
OF RIVERSIDE COUNTY GAOLS.

15) TO WIT—BACK INCUSTODY AS A CIVIL
DETAINEE 4/22/2022 TO 1/10/2023
APPROXIMATE ET A PRETRIAL
DETAINEE FROM 1/10/2023 TO SAID
APPROXIMATELY CURRENT DATE OF
01/30/2025 ET ONGOING DAILY.

16) PLAINTIFF DURING TIME OUT OF—
CUSTODY OF RCSD GAOLS WAS AT
P.S.H. AS A CIVIL DETAINEE ET
HAS NEVER BEEN CONVICTED OF A—
CRIME UNDER HIS CURRENT CUSTODY
CERTIFIED ILLEGAL BY CA SUPREME COURT
DUE TO HIS RACE—OF CRIMINAL CHARGES.

SWORN
FACTS                                                    5/218

17) CHARGED UPON HIM IN CASE NOS.
RJF 1603395/RJF 2203700 BY—
COUNTY OF RIVERSIDE JURISDICTION
TO WIT—PLAINTIFF HAS BEEN—
INCUSTODY OF APPROXIMATE 10 YEARS
ET ALL FACTS ET VIOLATIONS OF
THIS SUIT;

18) TAKE PLACE IN COURSE OF TOTAL
APPROXIMATE 8 YEARS ET DOES
NOT CONCERN EVIL ACTS OF P.S.H.
AGENTS IN CASE No. 5:22CV02229-VBF-MAA
IN WHICH—SUCH ACTS AT P.S.H. ONLY
EXIST DUE TO COUNTY OF RIVERSIDE
OFFICIALS FORCING PLAINTIFF TO
P.S.H. AS A DELIBERATE ACT OF REPRISAL.

19) ALL ACTIONS/TORTS—VIOLATIONS OF
RCSD AGENTS ET GAOLERS OCCURRED
AT CBDC/JBDC/SCF/RPDC ET BLYTHE
GAOL FACILITY FROM APPROXIMATE
2016 TO 2025 —PLAINTIFF HAS BEEN
HOUSED AT EACH FACILITY FOR—
2 YEARS APPROXIMATELY EACH WITH—
EXCEPTION OF BLYTHE FACILITY.

20) PLAINTIFF HAS SUBSTAINED PERMANENT
ET SEVERE PHYSICAL—MENTIS—
EMOTIONAL ET ECONOMIC INJURIES
DUE TO ALL OF DEFENDANTS;

SWORN
FACTS

6/218

21) ACTIONS EXECUTED UPON HIM—
AVERED IN THIS SUIT—PLAINTIFF
ATTACHES A SWORN AFFIDAVIT OF
INJURIES/DAMAGES HE HAS ENDURED
BY DEFENDANTS ACTIONS—WHICH IS
SUPPORTED/PROVEN BY GAQY RECORDS
ET COUNTY OF RIVERSIDE COURT TRANSCRIPTS
ET RECORDS.

22) TO WIT—SWORN AFFIDAVIT OF INJURIES
PLAINTIFF INCORPORATES INTO—
THIS SUIT—IS EVIDENCE OF PLAINTIFF
DURESS ET EXTREME EMOTIONAL DISTRESS
HE SUFFERS DAILY—ET CAUSE
OF HIS CUSTODY STATUS OF 9 YEARS ET
ANY FUTURE GUILTY CONVICTION IN CRIMINAL
CASE—UNDER DEFENDANTS EVIL ACTS.

23) PLAINTIFF DEMANDS NO MONETARY
RELIEF/REMEDY OR INJUNCTIVE
UPON D.A. OFFICE OF RIVERSIDE
COUNTY—D.A. MICHAEL HESTIN—
D.D.A. TIMOTHY MCGHERE— D.A.
PROSECUTING DEFENDANTS.

24) AS SUCH IS BARRED UNDER HECK
BAR—PLAINTIFF ONLY DEMANDS ET
PRAYS FOR DECLARATORY RELIEF
UPON CHARGED PROSECUTING DEFENDANTS
FOR THERE ACTS/TORTS EXECUTED.

SWORN

FACTS

7/218

25) TO WIT—PLAINTIFF HUMBLY PRAYS FOR THIS COURT TO ENTERTAIN—CASE NO. 5:24cv208-VBF-MAA (FAP)—IF HECK/YOUNGER BARS BECUM A MATTER OF ISSUE FIRST—BEFORE TRIAL OF THIS SUIT et WILL SUBMIT A HECK/YOUNGER BAR MEMORANDUM—FOR FURTHER BRIEFING OF SUCH MATTER.

26) PLAINTIFF DEMANDS A SPEEDY TRIAL BY JURY ET CONSENTS TO A U.S. MAGISTRATE JUDGE FOR ALL MATTERS OF THIS SUIT—SEE ATTACHED SPEEDY JURY TRIAL ET CONSENT TO MAGISTRATE JUDGE.

27) PLAINTIFF DEMANDS $5,000,000,000—FIVE BILLION IN DAMAGES ET SEPERATE $25,000. PENALTY FOR EACH DEFENDANT—SEPERATE FROM <$5,000,000,000> REWARD DEMANDED WITH EXCEPTION OF PROSECUTOR & IMMUNE DEFENDANTS—SEE ATTACHED PRAYER FOR RELIEF/REMEDY ET LETTER OF INTENT.

28) THERE IS TOTAL OF '95' DEFENDANTS SUED/CHARGED—TO WIT '13' CLAIMS UNDER FEDERAL ET STATE LAWS PLAINTIFF IS CLAIMING UPON DEFENDANTS EACH ACT OF DEFENDANTS IS AS AVERED·

SWORN
FACTS

8/218

29) CLAIM 'I' : 1ST AMENDMENT RELIGIOUS
FREE EXERCISE CLAUSE
* COMS NOW - CLAIM 'I' CONCERNS SAID
ACTIONS/TORTS ET BAD FAITH CONDUCT—
OF COUNTY OF RIVERSIDE OFFICIALS—
EXECUTED UPON PLAINTIFF TO PUNISH
HIM FOR DEPRIVE HIM OF ET SABOTAGE—HIS
PURSUIT OF AFRICAN/CULTURAL EXERCISE
ET A WELL ESTABLISHED RELIGION.
30) TO WIT—THIS VIOLATION OCCURS
THROUGHOUT THEE 4 RCSD GAOLS PLAINTIFF
HAS BEEN HOUSED AT CBDC/JBDC/RPDC/SCF
ET AT RIVERSIDE HALL OF JUSTITIA ET
MORENO VALLEY UNIVERSITY MEDICAL CENTER.
31) ONLY DEFENDANTS COUNTY OF RIVERSIDE
RIVERSIDE COUNTY BOARD OF SUPERVISORS
CITIES OF RIVERSIDE—INDIO—BANNING
MURRIETA—BLYTHE—RCSD—SHERIFF CHAD
BIANCO—EXSHERIFF STANLEY SNIFF—UNDER
SHERIFF DONALD STRUMP ET EXUNDERSHERIFF
DENNIS VROOM—CHIEFS EDWARD DELGADO—
MISHA GRAVES—CAPTAINS VERNAL—SHANNON
FLAKES—MARTIN TOCHTROP—ROBERT PEBBLES—
32) LT. TAYLOR—LT. REDMAN—LT. TANNER—
LT. POISHER—LT. QUINTENAR—LT. HATFIELD
SERGEANTS PASCHAL—RUSTAD—FRANSIN—DEPUTIES
MARTINAS—HARGIS—SR. Z—DEPUTY DONALD
MIGGS—SERGEANTS CHAIVIRREA;

SWORN

FACTS                    CATGDEON—

33) ZEZUETA—TREVINO—MULANY—LANDRY—
MENDEZ—VERNAL—PARKS—MAGANA—
PALLCENTIA—ET DEPUTIES IROJI—GARCIA—
MCCLAIN ET SERGEANTS WEBB—BALDWEN—
SAPPINGTON—HILL,—CORPORAL JONES—
DEPUTIES LEE—ALGUIZAR—DUNCAN—SOSA—
SGT. HARRIS CORPORAL GEON—SERGEANTS DELGADO—HERNADEZ FIGUERO.

34) ATTORNEY RENANTO CERVANTES—DEPUTY
DISTRICT ATTORNEY TIMOTHY MULHERE—
DISTRICT ATTORNEY MICHAEL HESTRIN—
D.A. OFFICE OF RIVERSIDE COUNTY—
MENTIS HEALTH EXPERTS TED R. GREENZAG
ALLAN BROWN—ROBERT L. SUITER—
GENE N. BERG—MICHAEL BUCARO—
ALL SUPRA DEFENDANTS—VIOLATED THEE
CLAIM I OF PLAINTIFF FREE EXERCISE CLAUSE.

35) UNDER ET SOLELY DUE TO—A
WELL ESTABLISHED CUSTOM OF METHODS
PRACTICES—POLICIES—PROCEDURES—TRAINING
MANUELS—WRITTEN ET UNWRITTEN—OF
GENOCIDE UPON AFRICAN/CALIFORNIANS—PERSONS
OF AFRICAN CULTURE—ORGIN ET CREEDS—
WITH HOUSING DETAINEES OF SUCH RACE—

36) WITHIN COUNTY OF RIVERSIDE GAOLS—
ARRESTING—CHARGING—PROSECUTING—CONVICTING
ET SENTENCING PERSONS OF BLACK RACE—
ET OVERALL TREATMENT OF AFRICAN—
DETAINEES UNDER RCSD CUSTODY ET COUNTY OF

SWORN
FACTS

10/218

RIVERSIDE JURISDICTION.

37) ARE AFRICAN CALIFORNIANS-DETAINEES ET PERSONS OF AFRICAN ORGIN-TREATED WITH RELIGIOUS DISCRIMINATION— RELIGIOUS INEQUALITY ET PREVENTED FROM ANY SIMPLE OR ADEQUATE PURSUIT OF RELIGIOUS ET CULTURAL FAITHS-TO WIT-THAT BE ISLAM·FOR PLAINTIFF.

38) AFRICANS-PEOPLE OF SUCH ORGIN— UNIVERSALLY ET IN UNITED STATES OF AMERICA-ARE PREDOMINATELY EITHER OF ISLAMIC OR CHRISTIAN PRACTIONEERS ET OR DISCIPLES OF ORTHODOX FAITHS OF ORGIN—WITH APPROX. 2,000,000 BILLION MUSLIMS UNIVERSALLY ESTABLISHED;

39) OVER 4,000,000 KNOWN IN AMERICA ET THROUGHOUT-PRISONS-GAOLS—ET THEE SIMILAR INSTITUTIONS-IN EVERY STATE OF AMERICA-AFRICAN/ORGIN PERSONS—MAKE UP MAJORITY IN JAILS/PRISONS-EXERCISE ISLAM-IN VARIETY OF FORMS/SECTS— BY THEE MASS-VIA OVER 200,000.

40) THEE UNITED STATES OF AMERICA— GOVERNMENT EVEN SPONSORS/ENDORSES ET FUNDS AFRICAN/ISLAMIC ORGANIZATIONS— SUCH AS NATION OF ISLAM/F.O.I. ET IT'S ISLAMIC ALLIES-BY THEE MILLIONS— FOR PRISON ET GAOL DETAINEES-TO FURTHER

SWORN
FACTS

11/218

REHABILITATION—MENTIS ET SPIRITUAL HEALTH
ET FURTHERANCE OF RELIGIOUS EXERCISE
FOR DETAINEES IN PRISONS/GAOLS.

41) DEFENDANTS COUNTY OF RIVERSIDE
ET ATL COUNTY OF RIVERSIDE DEFENDANTS
DECLARED IN PARAGRAPH 31—ET D.A.
OFFICE OF RIVERSIDE COUNTY CUSTOM
ESTABLISHED IS AS AVERED:

A) MUSLIM INMATES SHALL NOT CONGREGATE
TOGETHER IN PRIVATE OR WIT RELIGIOUS
ADVISOR—ONLY CHRISTIAN/CATHOLIC—
INMATES—FOR SECURITY THREAT PURPOSES
DUE TO PRACTICES/POLICIES/METHODS/PROCEDURES

42) B) MUSLIM INMATES SHALL BE GIVEN A FILTHY
USED OR NEW WASH/BODY TOWEL TO—
CONDUCT PRAYER ON—NO ISLAMIC RUGS
ARE TO BE GIVEN TO MUSLIMS—SUCH
IS PROHIBITED UNDER PRACTICES—
POLICIES—METHODS—PROCEDURES

C) MUSLIM INMATES SHALL NOT BE—
ALLOWED PRAYER OILS OF CHOICE—
ET THAT'S SAFE FOR BODY USE—
UNDER POLICIES/METHODS/PRACTICES
DUE TO SECURITY THREATS

43) D) MUSLIM INMATES SHALL NOT BE—
ALLOWED A KUFFI—FEZ—TURBAN—
OR ANY ISLAMIC-ARAB OR AFRICAN—
CULTURE HEADWEAR—DUE TO

SWORN
FACTS

POSING A SECURITY THREAT-POLICY-
PROCEDURE-PRACTICE-METHOD
E)NO MUSLIM SHALL POSSES ANY PRAYER
BEADS-NOR ANYTHING OF SUCH NATURE-
DUE TO POSING A SECURITY THREAT
UNDER POLICY/PRACTICE/PROCEDURE/METHODS
44) F)NO MUSLIM SHALL POSSESE OVER
3 RELIGIOUS BOOKS/READING -
MATERIALS-NOR RELIGIOUS MATERIALS
OF OTHER FAITHS-FOR SECURITY
PURPOSES-INMATES OF CHRISTIAN-
FAITHS CAN-POLICY/PRACTICE/METHODS
G)MUSLIM ET JEWISH INMATES SHALL
BE FED LESS THAN REGULAR-
MEALS SERVED TO INMATES-UNDER
POLICY/PRACTICE/METHODS/PROCEDURES
ET TO DISCOURAGE FROM EXERCISING
45) H)UNHEALTHY ET UNEQUAL-          FAITHS.
AMOUNTS OF HYGIENE-FOOD ITEMS
OF AFRICAN/ARAB ET ISLAMIC
SHALL BE SERVED ON INMATE-
COMMISSARY ET HARAAM VIA PORK-
UNHOLY ANIMAL BASE-CANCER/DIABETES
ET HEART ATTACK COMMISSARY-
ITEMS SHALL BE MAJORITY SOLD
TO MUSLIM INMATES-TO PREVENT
FROM EXERCISING ISLAM ET CONVERT
TO CHRISTIANITY-UNDER POLICY/PRACTICES/METHOD

SWORN
FACTS

13/218

46) I> MUSLIM INMATES SHALL SUBMIT
TO SEXUAL STRIP SEARCHES—SEX ABUSE
SEXUAL RAPES—SEXUAL DEHUMANIZATION
ET SEX HARASSMENT DAILY BY—
DEPUTIES—TO PREVENT FURTHER
EXERCISE OF RELIGION ET TO
DEHUMANIZE—UNDER SECURITY—
REGULATIONS OF POLICIES/PRACTICES
METHODS/PROCEDURES

47) J> MUSLIM INMATES THAT GRIEVANCE
DENIAL OF ISLAMIC EXERCISE
OR INADEQUATE ISLAMIC READING
MATERIALS—SHALL SUFFER RETALIA-
TION BY COUNTY OFFICIALS—IN
PHYSICAL ET PSYCHOLOGICAL WAYS
UNDER METHODS/POLICIES/PRACTICES/
PROCEDURES—TO PREVENT FURTHER
EXERCISE OF ET SUBJECT TO—
CHRISTIAN BASE PRACTICES

48) K> AFRICAN/ORGIN PERSONS WITH VIOLENT
ET SERIOUS FELONIES CHARGED
ARE DENIED EQUAL—SIMILAR ET
GIVEN WORST SENTENCES THAN CAUCASION
ORGIN PERSONS—CRIMINAL DEFENDANTS CHARGED
WITH SAID FELONIES—DUE TO
RACE/CULTURE/RELIGIOUS ORGINS—
PRACTICES/METHODS/POLICY/PROCEDURE