UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case Nos. | 5:19-cv-01518-VAP-MAA: Phillips v. County of Riverside et al. ("*Phillips I*") |
| | 5:20-cv-01266-VAP-MAA: Phillips v. County of Riverside et al. ("*Phillips III*") |
| | 5:21-cv-01560-VAP-MAA: Phillips v. Bianco et al. ("*Phillips IV*") |
| | 5:23-cv-01651-VBF-MAA: Phillips v. County of Riverside et al. ("*Phillips VII*") |
| | 5:23-cv-01721-VBF-MAA: Phillips v. Hatfield et al. ("*Phillips VIII*") |
| Date: | May 29, 2024 |

Present: The Honorable Maria A. Audero, United States Magistrate Judge

| Cindy Delgado | XTR 5/29/24 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| Eric Jerome Phillips, *pro se* | Michael David Sargent |

**Proceedings (Zoom):**          **Status Conference**

Case is called. Plaintiff Eric Jerome Phillips ("Plaintiff") and counsel for Defendants make their appearances.

The Court confers with the parties regarding the proposed process for litigating Plaintiff's five pending civil rights actions against Riverside County and its employees (*Phillips I*, *Phillips III*, *Phillips IV*, *Phillips VII*, and *Phillips VIII*). Plaintiff and Defendants orally stipulate on the record to a proposed process.

The Court hereby **ORDERS** as follows:

(1)    Pursuant to the parties' oral stipulation on the record, the Court hereby **ORDERS** as follows:

    a) Plaintiff's five pending civil rights actions against Riverside County and its employees (*Phillips I*, *Phillips III*, *Phillips IV*, *Phillips VII*, and *Phillips VIII*) shall be litigated in one, new global action ("Consolidated Action" and "Consolidated Complaint").

    b) The Consolidated Complaint must contain all of Plaintiff's claims against Riverside County and its employees through the date of filing the Consolidated Action. Specifically, the Consolidated Complaint can include or omit any claim from *Phillips I*, *Phillips III*, *Phillips IV*, *Phillips VII*, and *Phillips VIII*. The

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case Nos.   5:19-cv-01518-VAP-MAA: Phillips v. County of Riverside et al. (“*Phillips I*”)

5:20-cv-01266-VAP-MAA: Phillips v. County of Riverside et al. (“*Phillips III*”)

5:21-cv-01560-VAP-MAA: Phillips v. Bianco et al. (“*Phillips IV*”)

5:23-cv-01651-VBF-MAA: Phillips v. County of Riverside et al. (“*Phillips VII*”)

5:23-cv-01721-VBF-MAA: Phillips v. Hatfield et al. (“*Phillips VIII*”)

Date:   May 29, 2024

Consolidated Complaint also may include any other claim Plaintiff may have against Riverside County and its employees through the date of filing the Consolidated Action.

c)  Any claim from *Phillips I*, *Phillips III*, *Phillips IV*, *Phillips VII*, and *Phillips VIII* in the Consolidated Action shall be subject to its original statute of limitations.

d)  If, during the litigation of the Consolidated Action, Plaintiff wishes to assert any additional claims against Riverside County or its employees, Plaintiff must file a Motion to Amend or Supplement in the Consolidated Action to allow the Court to determine whether such new claims should be added to the Consolidated Action or filed in a separate lawsuit.

e)  Plaintiff shall file the Consolidated Complaint in the new Consolidated Action no later than **August 30, 2024**.

f)  *Phillips I*, *Phillips III*, *Phillips IV*, *Phillips VII*, and *Phillips VIII* shall remain stayed until the Consolidated Complaint is filed.  The parties orally stipulate on the record that, upon the filing of the Comprehensive Complaint, *Phillips I*, *Phillips III*, *Phillips IV*, *Phillips VII*, and *Phillips VIII* shall be dismissed without prejudice and without further action from the parties or the Court.

g)  Riverside County and its deputy sheriffs agree that Defendants’ counsel may accept service of the Consolidated Complaint on their behalf.

h)  Defendants shall have **sixty days** from service of the Consolidated Complaint to file a response to the Consolidated Complaint.  Defendants may request additional time to respond to the Consolidated Complaint, if necessary.

i)  Upon a party’s request in the Consolidated Action, the Court will consider a proposed expansion or departure from the discovery rules set forth in the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case Nos.  5:19-cv-01518-VAP-MAA: Phillips v. County of Riverside et al. (“*Phillips I*”)

5:20-cv-01266-VAP-MAA: Phillips v. County of Riverside et al. (“*Phillips III*”)

5:21-cv-01560-VAP-MAA: Phillips v. Bianco et al. (“*Phillips IV*”)

5:23-cv-01651-VBF-MAA: Phillips v. County of Riverside et al. (“*Phillips VII*”)

5:23-cv-01721-VBF-MAA: Phillips v. Hatfield et al. (“*Phillips VIII*”)

Date:    May 29, 2024

(2)    Considering the likelihood of success on the merits and Plaintiff's ability to articulate his claims *pro se* in light of the complexity of the issues involved, the Court *sua sponte* **APPOINTS** Orrick, Herrington & Sutcliffe (“Orrick”) as counsel to represent Plaintiff for the limited purpose of drafting a Comprehensive Complaint, subject to Plaintiff's agreement to accept counsel for this limited purpose.  At Plaintiff's request, Plaintiff will be able to meet with Orrick before deciding whether he will accept the appointment of counsel for this limited purpose.  Either way, Plaintiff shall inform the Court of his decision no later than **June 28, 2024**.  Should Plaintiff agree to the appointment of Orrick for this limited representation, Plaintiff shall provide a copy of this Order to his new Orrick counsel, who shall make an appearance in each of the five cases (*Phillips I*, *Phillips III*, *Phillips IV*, *Phillips VII*, and *Phillips VIII*) immediately thereafter.

It is so ordered.

Time in Court:    0:43